Edmundo P. Robaina
Arizona Bar No. 018125
ROBAINA & KRESIN PLLC
One East Camelback Road, Suite 710
Phoenix, AZ 85012
epr@robainalaw.com
T 602.682-6450
F 602.682.6455

Mitchell R. Kreindler
Texas Bar No. 24033516
KREINDLER & ASSOCIATES
9219 Katy Freeway, Suite 206
Houston, Texas 77024-1415
mkreindler@blowthewhistle.com
T 713.647.8888
F 713.647.8889

Attorneys for Plaintiff/Relator

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Cecilia Guardiola, ) ) ) | No. |
| *Plaintiff,* ) ) | **COMPLAINT** (**_Qui Tam_**) |
| *v.* ) ) | **FILED UNDER SEAL** |
| Banner Health and NCMC, Inc., ) ) | **PURSUANT TO** **31 U.S.C. § 3730(b)(2)** |
| *Defendants.* ) ) ) | **JURY DEMANDED** |

On behalf of the United States of America, plaintiff and relator Cecilia Guardiola files

this *qui tam* complaint against defendants Banner Health and NCMC, Inc. (collectively,

"Banner" or "Banner Health") to recover damages resulting from the defendants' knowing

efforts to defraud government-funded health insurance programs by (1) intentionally

falsifying bills submitted to Medicare to avoid denials by a specific Medicare contractor; (2) billing short-stay, outpatient services that should have been performed on an outpatient basis as if they were more expensive inpatient services; and (3) inflating the number of hours for which patients received outpatient observation care.  In many of these situations, defendants billed the services as inpatient even though the patient was admitted to and discharged from the hospital on the same calendar day.  As a result of their conduct, the defendants reaped substantial and illicit profits at taxpayer expense.  Ms. Guardiola alleges:

**JURISDICTION AND VENUE**

1.     The Court has jurisdiction over the subject matter of this action pursuant to both 28 U.S.C. § 1331 and 31 U.S.C. § 3732, the latter of which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. § 3730.

2.     The Court has personal jurisdiction over defendants pursuant to 31 U.S.C. § 3732(a) because the FCA authorizes nationwide service of process and defendants have sufficient minimum contacts with the United States.

3.     Venue is proper in this district pursuant to 31 U.S.C. § 3732(a) because the defendants can be found, reside or have transacted business in the District of Arizona.

4.     This suit is not based upon the prior public disclosure of allegations or transactions in a Federal criminal, civil, or administrative hearing in which the Government or its agent is a party, in a congressional, Government Accountability Office, or other Federal report, hearing, audit, or investigation, or from the news media.

5.     To the extent that there has been a public disclosure unknown to the relator, the relator is an original source under 31 U.S.C. § 3730(e)(4).  The relator has voluntarily

disclosed to the Government the information on which the allegations or transactions in her claims are based or has knowledge that is independent of and materially adds to the publicly disclosed allegations or transactions and voluntarily provided the information to the Government before filing this action.  *See* 31 U.S.C. § 3730(e)(4).

**INTRODUCTION**

6.      This is an action to recover damages and civil penalties on behalf of the United States of America arising from false or fraudulent claims and statements made or caused to be made by the defendants to the United States in violation of the False Claims Act ("FCA"), 31 U.S.C. §§ 3729, *et seq.*  The false or fraudulent claims, statements and records at issue involve payments made by government-funded health insurance programs, such as Medicare, for services provided by the defendants.

7.      In general, the FCA provides that any person who knowingly submits or causes to submit to the Government a false or fraudulent claim for payment or approval is liable for a civil penalty of between $5,500 and $11,000 for each such claim, plus three times the amount of damages sustained by the Government.  The Act empowers private persons having information regarding a false or fraudulent claim against the Government to bring an action on behalf of the Government and to share in the recovery.  The complaint must be filed under seal without service on any defendant.  The complaint remains under seal while the Government conducts an investigation of the allegations in the complaint and determines whether to join the action.

8.      Pursuant to the FCA, Relator seeks to recover on behalf of the United States damages and civil penalties arising from false and fraudulent claims, supported by false

statements, that defendants submitted or caused to be submitted to government-funded health insurance programs.

**PARTIES**

9.     Relator Cecilia Guardiola is a registered nurse, compliance professional and law school graduate with extensive nursing and compliance experience.  In October 2012, Ms. Guardiola was hired by Banner Health as its Corporate Director, Clinical Documentation.  The position required Ms. Guardiola to observe and evaluate compliance efforts at multiple Banner hospitals and throughout the Banner Health corporate system.  Recognizing that her efforts to bring ethical compliance efforts to Banner were and would continue to be ineffective, Ms. Guardiola resigned her position in December 2012.

10.     Ms. Guardiola brings this action for violations of the FCA on behalf of herself and the United States pursuant to 31 U.S.C. § 3730(b)(1).

11.     Defendant Banner Health, a Phoenix-based, Arizona nonprofit corporation, is the corporate umbrella under which related entities provide health care services through acute care hospitals and other health care facilities in seven states.  Banner Health was established on September 1, 1999 when Samaritan Health System and Lutheran Health Systems announced their merger.  Banner now employs over 35,000 people and manages 4,330 hospital beds.  It operates eleven hospitals that are central to the allegations in this action, including Baywood Medical Center (Mesa, AZ), Baywood Heart Hospital, (Mesa, AZ), Boswell Medical Center (Sun City, AZ), Del. E. Webb Medical Center, (Sun City West, AZ), Desert Medical Center (Mesa, AZ), Estrella Medical Center, (Phoenix, AZ), Gateway

Medical Center, (Gilbert, AZ), Good Samaritan Medical Center (Phoenix, AZ), Thunderbird Medical Center (Glendale, AZ), North Colorado Medical Center (Greeley, CO) and McKee Medical Center (Loveland, CO).   These facilities account for 4,107 beds (approximately 95% of all Banner Health beds) and over $12.9 billion in annual revenue.

12.   Defendant NCMC, a Colorado non-profit corporation, is the corporate identity for defendant Banner's North Colorado Medical Center.  North Colorado Medical Center is also a trade name of Banner Health.

## BACKGROUND ALLEGATIONS

**Government-funded Health Insurance Programs**

13.   The defendants' wrongdoing was committed against government-funded health insurance programs, primarily, without limitation, Medicare.

14.   Medicare is a federally-funded health insurance program primarily benefiting the elderly.  It was created in 1965 when Title XVIII of the Social Security Act was adopted. Medicare is administered by and through Centers for Medicare & Medicaid Services ("CMS").

**Inpatient and Outpatient Status Defined**

15.   Medicare defines an inpatient as a "person who has been admitted to a hospital for bed occupancy for purposes of receiving inpatient hospital services." *Medicare Benefit Policy Manual,* Ch.1, § 10 (Pub. 100-02).   The patient's physician is "responsible for deciding whether the patient should be admitted as an inpatient." *Id.*  Physicians may order inpatient "admission for patients who are expected to need hospital care for 24 hours or more, and treat others on an outpatient basis." *Id.*

16. CMS recognizes that "the decision to admit is a complex medical judgment" requiring a physician to consider various factors such as "[t]he severity of the signs and symptoms exhibited by the patient" and "[t]he medical predictability of something adverse happening to the patient." *Id.* Significantly, CMS notes that "[a]dmissions of particular patients are not covered or noncovered solely on the basis of the length of time the patient actually spends in the hospital." *Id.* In particular, "when patients with known diagnoses enter a hospital for a specific minor surgical procedure or other treatment" that is expected to keep a patient in the hospital for less than 24 hours, the patient must be considered an outpatient for Medicare coverage purposes." *Id.*

17. Bridging the gap between inpatient and outpatient admission status is "outpatient observation" status. "Observation care is a well-defined set of specific, clinically appropriate services, which include ongoing short term treatment, assessment, and reassessment before a decision can be made regarding whether patients will require further treatment as hospital inpatients or if they are able to be discharged from the hospital." *Medicare Benefit Policy Manual*, Ch. 6, § 20.6.B. (Pub. 100-02) .

18. Outpatient observation is a specific hospital admission status that may be appropriate under a variety of circumstances. It is "commonly assigned to patients . . . who require a significant period of treatment or monitoring before a decision is made concerning their admission or discharge." *Id.* at § 20.5.A.; *see Medicare Claims Processing Manual*, Ch. 4, § 290.1 (Rev. 1, 10-03-03). Outpatient observation also is appropriate when the physician requires additional time to evaluate the patient before deciding whether the patient needs inpatient admission, the physician anticipates that the patient's condition can be evaluated

or treated within 24 hours or rapid improvement in the patient's condition is anticipated within 24 hours.  Observation status is commonly assigned to patients who present to the emergency department and require a period of treatment or monitoring before a decision is made concerning their admission or discharge.  *Medicare Benefit Policy Manual,* Pub. at § 20.5.A  Observation status is also often appropriate for outpatient surgical patients whose condition requires extra recovery or follow up care.  *Id.*

19.     When a patient enters a hospital for a surgical procedure, the time incurred before and during the surgery is not separately billable.  Medicare regulations also are clear that normal postoperative recovery time cannot be billed as outpatient observation:

> General standing orders for observation services following all outpatient surgery are not recognized.  Hospitals should not report as observation care, services that are part of another Part B service, such as postoperative monitoring during a standard recovery period (*e.g.*, 4-6 hours), which should be billed as recovery room services.

Medicare Claims Processing Manual, Ch. 4, § 290.2.2; *Medicare Benefit Policy Manual,* Pub. at § 20.5.D.

20.     Billable outpatient observation hours run from the time the physician orders a patient into outpatient observation and that hospitals are prohibited from billing for OBS services provided for less than eight hours.  *Medicare Claims Processing Manual*, Ch. 4, § 290.5.1

21.     Banner Health is well-aware of the billing requirements for OBS.  Since at least 2009, Banner Policy 7392, "Compliance: Outpatient Status: Observation and Extended Recovery" (July 21, 2009, version 7392.4) states:

Observation following Outpatient Surgery:  Normal recovery includes six (6) post-procedure hours.  Observation may not be routinely ordered following a procedure.  A patient may be placed in OBS on a written physician order once the patient meets InterQual observation criteria.  Patients may not be placed directly into OBS following a surgical or diagnostic procedure.

According to CMS:

a.  If a patient comes in for outpatient surgery and the doctor feels that the patient needs to be admitted to observation post-operatively, the physician must document the reason the patient needs to be observed and why the normal recovery room time is not appropriate for this patient.

b.  If Coverage of observation service is restricted to situations where a patient exhibits an uncommon or unusual reaction to the surgical procedures (e.g., difficulty in awakening from anesthesia, drug reaction, or other post surgical complications) which requires monitoring or treatment beyond that customarily provided in the immediate post-operative period. Routine pre-operative preparation and recovery room services are not to be billed as observation services.  The observation service begins at the point in time when the reaction is recognized and ends when it is determined the patient requires inpatient admission or when the patient is stable and can be discharged.

The Banner policy also notes that "[n]ormal recovery includes six (6) post-procedure hours" and that no additional billing can occur until the 7th hour.  *Id.* at III.B.

**Coding of Patient Claims**

22.     Outpatient procedures are classified and reported using Medicare's Healthcare Common Procedure Coding System ("HCPCS").  This system is based primarily on *Current Procedural Terminology* ("CPT"), published by the American Medical Association.  The CPT uses five-digit codes with descriptive terms to identify services performed by health care providers and is the country's most widely-accepted coding reference.

23.     Outpatient services provided under HCPCS codes are classified into ambulatory payment classifications (APCs) on the basis of clinical and cost similarity.  All services within an APC have the same payment rate.  Within each APC, CMS packages certain related services and items with the primary service.

24.     Inpatient procedures are billed using a different system.  For hospitals, there are several types of charges that are incorporated into the hospital bill, including facility and ancillary charges.  Hospital facility charges consist of room, board and nursing care. Ancillary charges include radiology, laboratory, pharmacy and miscellaneous supplies.  The facility and ancillary charges are coded using the ICD-9-CM system for inpatient hospital care for diagnoses and procedures.

25.     Inpatient hospital stays are also coded using a three-digit Medicare severity diagnosis-related group (MS-DRG).  The MS-DRG system was developed for Medicare as part of the inpatient prospective payment system.  It is used to classify hospital cases into one of approximately 500 groups based on the expectation that the cases use similar hospital resources.  The MS-DRG charge is dependent upon the level of care that the patient requires, with higher intensity of care being reflected with a higher charge.  The patient's level of care is, in part, determined by the procedures performed while in the hospital.  Such procedures are coded using a 4-digit number in the form xx.xx based on the International Classification of Diseases, Ninth Revision, Clinical Modification ("ICD-9-CM") system, established by CMS and the National Center for Health Statistics.  The MS-DRG payment is intended to be a single, all-encompassing payment covering all facility and ancillary charges, regardless of how long the patient is admitted or the number of services provided.

**Evaluating Appropriate Patient Status**

26.     When evaluating a patient's admission status, hospitals overwhelmingly rely on guidance known as InterQual Criteria.  InterQual is an industry-standard suite of products designed by McKesson Corporation that allows healthcare organizations to achieve a clinically validated approach to decision-making on patient care, patient status and billing issues.  The InterQual Criteria are used to objectively measure the severity of the illness (SI) and the intensity of the service (IS) provided to arrive at a determination of the appropriate service level.

27.     Of significance in determining patient status is Medicare's "Inpatient Only List," which identifies those specific surgical procedures that may be billed exclusively on an inpatient basis.  Many of the claims alleged to have been improperly billed by the defendants as inpatient are for procedures not on the Inpatient Only List and for which no other criteria justified inpatient admission.

**Services Must be "Medically Necessary" and Fully Documented**

28.     Medicare requires, as a condition of coverage, that services be reasonable and medically necessary.  42 U.S.C. § 1395y(a)(1)(A).  Providers must provide economical medical services and, then, provide such services only where medically necessary. 42 U.S.C. § 1320c-(a)(1).  Providers must provide evidence that the service is medically necessary and appropriate, 42 U.S.C. § 1320c-5(a)(3), and must ensure that services provided are not substantially in excess of patient needs, 42 U.S.C. § 1320a-7(b)(6), (8).

29.     Federal law prohibits providers from making "any false statement or representation of a material fact in any application for any . . . payment under a Federal

health care program." *See* 42 U.S.C. § 1320-a-7b(a)(1). Similarly, Federal law requires providers who discover material omissions or errors in claims submitted to the Medicare to disclose those omissions or errors to the Government. *See* 42 U.S.C. § 1320-a-7b(a)(3). The requirement that providers be truthful in submitting claims for reimbursement is a precondition for participation in the Medicare program. *See, e.g.*, 42 C.F.R. §§ 1003.105, 1003.102(a)(1)-(2).

30.     Federal law obligates every provider to return to the United States any payment that it improperly receives. It is a felony for an entity to conceal or fail to disclose errors in payments received from government-funded health insurance programs. 42 U.S.C. § 1320A-7b(a)(3).

## SPECIFIC ALLEGATIONS

31.     Since at least 2010, the defendants systematically submitted to the government false claims for patients being treated on an inpatient or observation basis by (1) intentionally falsifying bills submitted to Medicare to avoid denials by a specific Medicare contractor; (2) billing short-stay, outpatient services that should have been performed on an outpatient basis as if they were more expensive inpatient services; and (3) inflating the number of hours for which patients received outpatient observation care. Based on her understanding of Banner's operations, Guardiola further alleges that this conduct occurred for many years prior to 2010.

**Ms. Guardiola Discovered Banner's Wrongdoing**

32.     In October 2012, Ms. Guardiola was hired as Banner Health's Corporate Director, Clinical Documentation. Her role was to correct significant deficiencies in physician documentation that Banner believed was leading to severe undercoding of claims

and millions in lost revenue.  Ms. Guardiola's efforts were expected to  identify positive revenue for Banner hospitals through improved physician documentation.

33.    Ms. Guardiola's first priority was to assess Banner's existing clinical documentation program and identify opportunities for improvement.  Ms. Guardiola requested and received a year's worth of claims data for all Banner hospitals, and proceeded to assess randomly chosen medical records to develop baseline measurements from which to evaluate the quality of existing medical documentation efforts. Ms. Guardiola focused her evaluation on the twelve Banner hospitals with the largest Medicare claims volumes (nine in Arizona, two in Colorado and one in Alaska, which is managed but not owned by Banner).

34.    Upon completing her assessment, Ms. Guardiola identified many ways in which Banner could improve its revenue streams.  During her work, she participated in a number of meetings and interactions with key and senior corporate Banner personnel.  In addition to meetings described below, Ms. Guardiola met in person or had lengthy phone conferences with Chief Financial Officers (CFOs), Chief Medical Officers (CMOs) and department directors at nine Banner hospitals, including Stan Adams and Larry Spratling, respectively the CFO and CMO of Banner Baywood and Banner Heart, Scott Lecky and Dr. Tanya Kne, respectively the CFO and CMO of Banner Desert, Kathy Kotin, CFO of Banner Good Samaritan, and Pat Rhoden, CFO at Banner Estrella.

35.    Due to repeated administrator concerns that Banner was failing to capture inpatient stays properly, Ms. Guardiola expanded her evaluation of physician documentation to include observation and short-stay inpatient claims, an effort which led her to uncover the wrongdoing alleged herein and a corporate culture that facilitates its continuation.

36.     In mid-to-late October 2012, Ms. Guardiola met with senior management from Boswell Medical Center, including Jeffery Williams (Boswell CFO), Jason Krupps (Boswell CMO) and Andrea Smith (Boswell Sr. Manager for Case Management).  Although the purpose of the meeting was to discuss physician documentation and clinical documentation (TRAK) reports, Williams was animated about the issue of patients being placed in observation status (OBS).  He claimed that Boswell was losing money because there had been a 300% increase in the use of OBS and that it needed to be reigned in.  He further claimed that increasing use of OBS was lowering Boswell's case mix index (CMI, which is based entirely on inpatient claims).  Ms. Guardiola was struck by the singular focus on increasing revenues through increased inpatient admissions and the lack of emphasis on ensuring correct patient status decisions.

37.     In late October or early November 2012, Ms. Guardiola had an introductory meeting in Phoenix with corporate executives Jeff Buehrle, Greg Wojtal, and Tom Boudreu, Banner's corporate vice presidents and chief financial officers for the Eastern and Western Arizona and Colorado Regions.  She was immediately asked by Wojtal if she intended to focus on inpatient short stays (I/P) and OBS.  Buehrle said that Banner was placing too many patients in OBS.   Buehrle, Wojtal, and Boudreu blamed declining patient volumes and revenues on the shift from I/P to OBS.  They were also all of the opinion that Banner was "overcorrecting" and using OBS too frequently when inpatient status was appropriate.

38.     As a result of these meetings and at the request of Buehrle, Wojtal, and Boudreu, Ms. Guardiola began seriously looking at inpatient short stays.  She found that Banner was knowingly defrauding government-funded health insurance programs.

**Boswell and Del Webb Falsified Records to Get I/P Claims Paid**

39.     In order to prevent Medicare from denying certain cardiac inpatient claims, Ms. Guardiola discovered that Banner's Boswell and Del Webb hospitals falsified documentation to ensure payment of fraudulent claims.

40.     Boswell and Del Webb, which were acquired by Banner in 2008, are serviced by Noridian Administrative Services (Noridian), the primary Medicare Administrative Contractor (MAC) for Arizona.   Banner's other hospitals are serviced by Wisconsin Physicians Service Insurance Corporation (WPS) as their MAC.

41.     Noridian provided intense, focused oversight on the medical necessity of short-stay, inpatient cardiac claims.  As a result, Noridian denied many high-dollar cardiac claims submitted by Boswell and Del Webb.  Faced with this challenge to their revenue streams, Boswell and Del Webb devised a means of circumventing  Noridian's review process by mischaracterizing the affected claims (all of which were "elective") as "urgent" on Medicare claim forms.

42.     The Medicare claim form UB-04 contains a field (FL 14) for the hospital to report whether the procedure being performed was done on an emergent, urgent or elective basis.  To assist in completing the claim form, Medicare provides the following definitions for such services:

> Emergency – The patient required immediate medical intervention as a result of severe, life threatening or potentially disabling conditions.   Generally, the patient was admitted through the emergency room.
>
> Urgent – The patient required immediate attention for the care and treatment of a physical or mental disorder. Generally, the patient was admitted to the first available, suitable

– 14 –

accommodation.

Elective – The patient's condition permitted adequate time to schedule the availability of a suitable accommodation.

43.    All of the cardiac claims at issue here are considered "elective" procedures because the patients' conditions allowed the procedures to be scheduled in advance. Moreover, the procedures at issue are not on Medicare's Inpatient Only List.  As a result, these elective procedures should be considered outpatient procedures absent a pre-existing patient condition (*e.g.*, diabetes, COPD, obesity) or a surgical or post-procedure complication.

44.    Noridian was denying many of Boswell and Del Webb's elective inpatient cardiac claims, and virtually all of its inpatient defibrillator claims, and paying them as less lucrative outpatient claims.  Boswell and Del Webb intentionally mischaracterized the claims to circumvent Noridian's review process and get them paid.  They did this by falsifying the manner in which their patients presented to the hospital.  Rather than truthfully indicating that the patients presented to the hospital for scheduled, "elective" procedures, Boswell and Del Webb falsely marked the Medicare claim forms to signify that the patients had presented as "urgent" to sidestep Noridian's review of "elective" cardiac claims.  The change worked, and the outpatient cardiac claims were improperly paid as inpatient claims.

45.    Ms. Guardiola found that Boswell had the highest volume of all Banner hospitals for inpatient short stays that lacked medical necessity.  For example, she observed high numbers of "urgent" defibrillator claims at Boswell, finding that at other Banner hospitals, almost all such claims were characterized as "elective."  In contrast, at Baywood Heart, which performs significant volumes of defibrillator insertions, Ms. Guardiola found

that only two out of 69 defibrillator claims during 2012 were characterized as "urgent." During the same period, Boswell characterized 27 out of 45 such claims as "urgent."

46.     Ms. Guardiola observed a similar pattern of billing false claims at Boswell and Del Webb with respect to other types of cardiac procedures, although the volume of cardiac patients was significantly less at Del Webb due to its proximity to Boswell, which functioned as a cardiac center for Banner.

47.     In late November 2012, Ms. Guardiola met with Kathy Singleton, Good Sam's Director of Case Management, who, due to a staffing vacancy, also was overseeing the case management function at Boswell on an interim basis.  Ms. Guardiola apprised Singleton of her concerns regarding Boswell's use of the 'urgent' classification to circumvent Noridian's claim review process.  Singleton confirmed what was going on, but told Ms. Guardiola that the hospitals were using a "soft definition" and 24-hour standard for 'urgent.'  The standards describe by Ms. Singleton are inconsistent with the standards required by Medicare.

**Additional, Widespread Improper Billing of Inpatient Claims**

48.     In addition to the specific fraud being perpetrated at Boswell and Del Webb, Ms. Guardiola discovered that all Banner hospitals were billing an inordinate and improper number of short-stay claims, particularly those for cardiac procedures.

49.     Cardiac claims are among the most lucrative paid by Medicare and many cardiac surgical procedures (*e.g.,* stents, defibrillators, pacemakers) are not on Medicare's Inpatient Only List.  The following examples are illustrative.

50.     Ms. Guardiola's assessment of claims at Banner's Good Samaritan Medical Center ("Good Sam") identified significant volumes of improper impatient billing for short

stays.  In particular, she reviewed defibrillator claims at Good Sam and confirmed that some claims were being billed as inpatient even though there was no documentation to support such a status.  She found that Good Sam had the second-lowest outpatient observation volume for surgical procedures of all the Banner hospitals.

51.    In late November 2012, during her meeting with Ms. Singleton, Good Sam's Director of Case Management and Boswell's interim director of case management, Ms. Guardiola discussed these findings and raised concerns regarding the lack of documentation for short-stay inpatient cardiac claims at both Good Sam and Boswell.  She told Ms. Singleton that Banner was improperly billing high volumes of claims as inpatient.

52.    Singleton said she was "shocked" by Ms. Guardiola's discovery that significant numbers of cardiac claims were being billed improperly as inpatient.  She admitted that her staff reviewed inpatient claims only on a retrospective, post-discharge basis but asserted that the review permitted case managers to place a pre-billing hold on questionable claims.  If the case managers identify a claim that does not meet inpatient criteria, they are instructed to return it to Patient Financial Services, which is responsible for changing the claim to outpatient Part B billing.

53.    Singleton admitted that Banner was on notice of potential billing problems involving defibrillator and stent claims because WPS had performed a probe audit at Good Sam shortly after Ms. Singleton was hired.  Despite this, Singleton said that neither she nor anyone else at Banner had conducted an internal assessment to identify the scope of the problem or implemented any additional  safeguards to prevent such improper billing.

54.    Baywood Heart had the lowest OBS volume of any hospital in the Banner

system.  Based on her analysis of patient records, Ms. Guardiola determined that Baywood Heart was severely underutilizing OBS and improperly billing many cardiac procedures as inpatient claims when they should have been billed on an outpatient basis.

55.     In addition, Ms. Guardiola analyzed data at nine Banner hospitals for a one-year period and identified over 650 surgical and medical Medicare claims that were billed as inpatient despite the fact that the patient was admitted to and discharged from the hospital on the *same day*. These "Zero Day Stays" are egregious examples of Banner's improperly billed inpatient claims.

**Specific False Claims — Short-Stay Inpatient Claims**

56.     Although Ms. Guardiola cannot identify every false claim that the defendants submitted to government-funded health insurance programs, such information being in the possession of the defendants, she alleges that the following claims are representative of the defendants' fraudulent billing.  For each claim, the procedures performed or treatment provided were improperly billed to government-funded health insurance programs on an inpatient basis and should have been billed on an outpatient or outpatient observation basis.

57.     The following claims are examples of both medical and surgical treatments for which the patient was both admitted to and discharged from the hospital on the same calendar day.  The egregious Zero Day Stays include:

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 1 | 30008429 | Baywood | 9/25/12 9:40 AM | 9/25/12 10:58 AM |
| 2 | 29329331 | Baywood | 1/30/12 3:04 AM | 1/30/12 2:47 PM |
| 3 | 29277118 | Baywood | 1/13/12 11:31 AM | 1/13/12 7:33 PM |
| 4 | 29908654 | Baywood | 8/16/12 1:58 AM | 8/16/12 2:38 PM |
| 5 | 29286937 | Baywood | 1/16/12 1:28 PM | 1/16/12 7:33 PM |
| 6 | 29860772 | Baywood | 7/28/12 10:05 AM | 7/28/12 12:04 PM |
| 7 | 29261062 | Baywood | 1/7/12 5:09 AM | 1/7/12 3:00 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 8 | 29307915 | Baywood | 1/23/12 6:48 AM | 1/23/12 8:57 PM |
| 9 | 28990752 | Baywood | 10/5/11 3:03 PM | 10/5/11 10:10 PM |
| 10 | 29470036 | Baywood | 3/13/12 12:09 AM | 3/13/12 5:21 PM |
| 11 | 29734308 | Baywood | 6/12/12 4:09 PM | 6/12/12 6:51 PM |
| 12 | 29498516 | Baywood | 3/22/12 12:26 AM | 3/22/12 11:40 AM |
| 13 | 29392305 | Baywood | 2/24/12 2:35 PM | 2/24/12 7:25 PM |
| 14 | 29264728 | Baywood | 1/9/12 4:03 AM | 1/9/12 1:09 PM |
| 15 | 29188877 | Baywood | 12/13/11 8:25 AM | 12/13/11 12:21 PM |
| 16 | 28975068 | Baywood | 9/29/11 12:42 PM | 9/29/11 5:00 PM |
| 17 | 29455680 | Baywood | 3/8/12 12:06 PM | 3/8/12 7:47 PM |
| 18 | 29978459 | Baywood | 9/12/12 8:31 AM | 9/12/12 5:15 PM |
| 19 | 29315074 | Baywood | 1/25/12 2:58 AM | 1/25/12 11:25 AM |
| 20 | 29556529 | Baywood | 4/10/12 2:35 AM | 4/10/12 1:26 PM |
| 21 | 29669405 | Baywood | 5/19/12 7:33 AM | 5/19/12 9:49 AM |
| 22 | 29543527 | Baywood | 4/6/12 12:25 PM | 4/6/12 2:51 PM |
| 23 | 29659497 | Baywood | 5/15/12 9:58 AM | 5/15/12 5:28 PM |
| 24 | 29463411 | Baywood | 3/11/12 1:58 AM | 3/11/12 3:50 PM |
| 25 | 29742186 | Baywood | 6/15/12 1:47 AM | 6/15/12 7:42 PM |
| 26 | 29401163 | Baywood | 2/21/12 4:53 AM | 2/21/12 5:45 PM |
| 27 | 29657756 | Baywood | 5/14/12 4:50 PM | 5/14/12 9:29 PM |
| 28 | 29649951 | Baywood | 5/11/12 9:25 AM | 5/11/12 2:10 PM |
| 29 | 29603511 | Baywood | 4/25/12 5:40 AM | 4/25/12 8:13 PM |
| 30 | 29691003 | Baywood | 5/26/12 1:25 AM | 5/26/12 2:26 PM |
| 31 | 29535465 | Baywood | 4/3/12 1:57 PM | 4/3/12 5:40 PM |
| 32 | 28989333 | Baywood | 10/12/11 10:30 AM | 10/12/11 1:10 PM |
| 33 | 28957314 | Baywood | 10/7/11 12:42 AM | 10/7/11 2:57 PM |
| 34 | 29015674 | Baywood | 10/14/11 12:49 AM | 10/14/11 4:32 PM |
| 35 | 29865094 | Baywood | 7/31/12 10:33 AM | 7/31/12 2:27 PM |
| 36 | 29599214 | Baywood | 4/24/12 12:24 AM | 4/24/12 3:53 PM |
| 37 | 29498953 | Baywood | 3/22/12 9:51 AM | 3/22/12 12:12 PM |
| 38 | 29202041 | Baywood | 12/17/11 12:02 AM | 12/17/11 7:45 PM |
| 39 | 29026580 | Baywood | 10/18/11 11:14 AM | 10/18/11 3:55 PM |
| 40 | 29649860 | Baywood | 5/11/12 6:15 AM | 5/11/12 10:00 PM |
| 41 | 29420171 | Baywood | 2/27/12 12:16 AM | 2/27/12 5:11 PM |
| 42 | 29858883 | Baywood | 7/27/12 12:17 AM | 7/27/12 5:06 PM |
| 43 | 28970606 | Baywood | 9/28/11 1:45 AM | 9/28/11 1:17 PM |
| 44 | 29200573 | Baywood | 12/16/11 7:43 PM | 12/16/11 8:50 PM |
| 45 | 29835642 | Baywood | 7/18/12 12:19 AM | 7/18/12 5:12 PM |
| 46 | 29454527 | Baywood | 3/8/12 4:26 AM | 3/8/12 2:45 PM |
| 47 | 29454568 | Baywood | 3/8/12 2:14 AM | 3/8/12 11:56 AM |
| 48 | 29921442 | Baywood | 8/21/12 3:34 AM | 8/21/12 4:58 PM |
| 49 | 29560216 | Baywood | 4/11/12 3:27 AM | 4/11/12 7:11 PM |
| 50 | 29879640 | Baywood | 8/4/12 9:29 AM | 8/4/12 5:15 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 51 | 29216181 | Baywood | 12/22/11 4:33 AM | 12/22/11 4:41 PM |
| 52 | 29286507 | Baywood | 1/16/12 1:00 AM | 1/16/12 5:37 PM |
| 53 | 29135043 | Baywood | 11/24/11 5:14 AM | 11/24/11 10:49 AM |
| 54 | 29420221 | Baywood | 2/27/12 12:32 AM | 2/27/12 9:29 PM |
| 55 | 29010246 | Baywood | 10/13/11 11:08 AM | 10/13/11 3:20 PM |
| 56 | 30007876 | Baywood | 9/23/12 1:10 PM | 9/23/12 5:17 PM |
| 57 | 29225018 | Baywood | 12/27/11 12:14 PM | 12/27/11 7:58 PM |
| 58 | 29189271 | Baywood | 12/17/11 6:25 AM | 12/17/11 3:22 PM |
| 59 | 29904273 | Baywood | 8/14/12 2:12 PM | 8/14/12 9:19 PM |
| 60 | 29389855 | Baywood | 2/17/12 11:05 AM | 2/17/12 1:15 PM |
| 61 | 29729563 | Baywood | 6/11/12 3:52 AM | 6/11/12 1:55 PM |
| 62 | 29095197 | Baywood | 11/10/11 1:02 AM | 11/10/11 4:25 PM |
| 63 | 29091543 | Baywood | 11/9/11 3:43 AM | 11/9/11 3:09 PM |
| 64 | 82907122 | Boswell | 4/7/12 12:16 AM | 4/7/12 12:56 PM |
| 65 | 82609058 | Boswell | 1/3/12 12:57 AM | 1/3/12 6:41 PM |
| 66 | 82481482 | Boswell | 11/15/11 3:11 PM | 11/15/11 4:49 PM |
| 67 | 82854431 | Boswell | 3/21/12 3:40 AM | 3/21/12 6:56 PM |
| 68 | 83369058 | Boswell | 9/26/12 9:09 AM | 9/26/12 6:17 PM |
| 69 | 82854316 | Boswell | 3/23/12 8:30 AM | 3/23/12 2:11 PM |
| 70 | 82999244 | Boswell | 5/15/12 9:58 AM | 5/15/12 6:41 PM |
| 71 | 82580226 | Boswell | 12/22/11 10:45 AM | 12/22/11 12:42 PM |
| 72 | 83342915 | Boswell | 9/16/12 3:26 AM | 9/16/12 2:19 PM |
| 73 | 82606591 | Boswell | 1/1/12 3:11 PM | 1/1/12 3:11 PM |
| 74 | 83305276 | Boswell | 9/1/12 9:27 AM | 9/1/12 7:04 PM |
| 75 | 82904848 | Boswell | 4/7/12 9:12 AM | 4/7/12 1:49 PM |
| 76 | 82281866 | Boswell | 9/2/11 1:08 AM | 9/2/11 6:15 PM |
| 77 | 82427519 | Boswell | 11/15/11 11:21 AM | 11/15/11 3:56 PM |
| 78 | 82911629 | Boswell | 4/13/12 9:41 AM | 4/13/12 10:45 AM |
| 79 | 83207514 | Boswell | 7/25/12 3:16 AM | 7/25/12 6:02 PM |
| 80 | 82910035 | Boswell | 4/10/12 9:46 AM | 4/10/12 12:40 PM |
| 81 | 82539412 | Boswell | 12/7/11 12:45 AM | 12/7/11 6:03 PM |
| 82 | 83313791 | Boswell | 9/5/12 12:52 PM | 9/5/12 9:00 PM |
| 83 | 82657842 | Boswell | 3/9/12 9:33 AM | 3/9/12 3:00 PM |
| 84 | 82430638 | Boswell | 1/6/12 6:25 AM | 1/6/12 10:56 AM |
| 85 | 82287905 | Boswell | 9/5/11 12:28 PM | 9/5/11 4:27 PM |
| 86 | 82818006 | Boswell | 3/12/12 11:32 AM | 3/12/12 4:46 PM |
| 87 | 82345513 | Boswell | 9/29/11 9:13 AM | 9/29/11 4:42 PM |
| 88 | 82906934 | Boswell | 4/7/12 12:12 AM | 4/7/12 2:46 PM |
| 89 | 82280363 | Boswell | 9/16/11 6:02 AM | 9/16/11 8:43 AM |
| 90 | 82485038 | Boswell | 12/12/11 9:35 AM | 12/12/11 1:15 PM |
| 91 | 82421223 | Boswell | 11/4/11 9:46 AM | 11/4/11 10:56 AM |
| 92 | 83163394 | Boswell | 7/24/12 8:16 AM | 7/24/12 9:43 AM |
| 93 | 83318733 | Boswell | 9/19/12 8:43 AM | 9/19/12 9:58 AM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 94 | 82276940 | Boswell | 9/6/11 9:14 AM | 9/6/11 10:20 AM |
| 95 | 82391970 | Boswell | 10/21/11 7:51 AM | 10/21/11 10:30 AM |
| 96 | 82736489 | Boswell | 2/21/12 11:13 AM | 2/21/12 11:14 AM |
| 97 | 82708272 | Boswell | 2/5/12 1:02 AM | 2/5/12 5:11 PM |
| 98 | 82800590 | Boswell | 3/6/12 1:22 PM | 3/6/12 8:40 PM |
| 99 | 82497686 | Boswell | 12/8/11 11:58 AM | 12/8/11 4:22 PM |
| 100 | 83127597 | Boswell | 6/28/12 2:45 PM | 6/28/12 7:10 PM |
| 101 | 82919135 | Boswell | 5/1/12 7:16 AM | 5/1/12 12:31 PM |
| 102 | 82513292 | Boswell | 11/28/11 6:01 AM | 11/28/11 2:30 PM |
| 103 | 82689951 | Boswell | 1/30/12 12:14 PM | 1/30/12 6:52 PM |
| 104 | 82641440 | Boswell | 1/13/12 1:22 AM | 1/13/12 7:30 PM |
| 105 | 83224709 | Boswell | 8/1/12 12:07 AM | 8/1/12 2:46 PM |
| 106 | 82607698 | Boswell | 1/2/12 10:33 AM | 1/2/12 6:08 PM |
| 107 | 82313016 | Boswell | 9/20/11 10:44 AM | 9/20/11 8:02 PM |
| 108 | 83213330 | Boswell | 7/27/12 12:04 AM | 7/27/12 5:42 PM |
| 109 | 82886599 | Boswell | 3/31/12 4:06 AM | 3/31/12 6:13 PM |
| 110 | 82830084 | Boswell | 3/15/12 9:56 AM | 3/15/12 3:05 PM |
| 111 | 82455700 | Boswell | 11/5/11 1:01 AM | 11/5/11 2:00 PM |
| 112 | 82717323 | Boswell | 2/8/12 2:06 AM | 2/8/12 9:00 PM |
| 113 | 82461690 | Boswell | 11/8/11 8:14 AM | 11/8/11 10:30 AM |
| 114 | 82662297 | Boswell | 1/20/12 9:23 AM | 1/20/12 1:27 PM |
| 115 | 83298828 | Boswell | 8/30/12 8:30 AM | 8/30/12 7:10 PM |
| 116 | 82452079 | Boswell | 11/6/11 1:04 PM | 11/6/11 6:29 PM |
| 117 | 82928649 | Boswell | 4/15/12 10:24 AM | 4/15/12 2:12 PM |
| 118 | 82419649 | Boswell | 10/24/11 12:59 AM | 10/24/11 1:37 PM |
| 119 | 82311085 | Boswell | 9/14/11 2:44 AM | 9/14/11 6:40 PM |
| 120 | 82755232 | Boswell | 2/23/12 10:50 AM | 2/23/12 7:12 PM |
| 121 | 82922535 | Boswell | 4/18/12 3:19 PM | 4/18/12 7:36 PM |
| 122 | 82851981 | Boswell | 3/22/12 9:18 AM | 3/22/12 6:29 PM |
| 123 | 82532664 | Boswell | 12/5/11 8:28 AM | 12/5/11 2:16 PM |
| 124 | 83254243 | Boswell | 8/15/12 11:25 AM | 8/15/12 5:14 PM |
| 125 | 83277947 | Boswell | 8/24/12 10:20 AM | 8/24/12 6:28 PM |
| 126 | 83324368 | Boswell | 9/10/12 10:14 AM | 9/10/12 5:32 PM |
| 127 | 82306697 | Boswell | 10/3/11 8:13 AM | 10/3/11 6:41 PM |
| 128 | 82425158 | Boswell | 11/1/11 8:17 AM | 11/1/11 9:55 AM |
| 129 | 82976879 | Boswell | 5/11/12 9:47 AM | 5/11/12 12:15 PM |
| 130 | 82433749 | Boswell | 11/9/11 10:50 AM | 11/9/11 11:05 AM |
| 131 | 82275447 | Boswell | 9/8/11 9:40 AM | 9/8/11 3:55 PM |
| 132 | 82937228 | Boswell | 4/22/12 7:35 AM | 4/22/12 3:22 PM |
| 133 | 82791088 | Boswell | 3/22/12 9:24 AM | 3/22/12 12:52 PM |
| 134 | 82598137 | Boswell | 1/6/12 10:38 AM | 1/6/12 11:06 AM |
| 135 | 83144360 | Boswell | 7/7/12 8:54 AM | 7/7/12 11:32 AM |
| 136 | 82624537 | Boswell | 1/7/12 2:39 AM | 1/7/12 3:20 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|---|---|---|---|
| 137 | 82850769 | Boswell | 3/20/12 12:50 AM | 3/20/12 2:15 PM |
| 138 | 82342593 | Boswell | 9/26/11 7:55 AM | 9/26/11 3:01 PM |
| 139 | 82599119 | Boswell | 12/31/11 9:10 AM | 12/31/11 3:17 PM |
| 140 | 82336926 | Boswell | 9/24/11 10:14 AM | 9/24/11 7:50 PM |
| 141 | 83253104 | Boswell | 8/13/12 1:19 AM | 8/13/12 4:01 PM |
| 142 | 82448143 | Boswell | 11/6/11 8:29 AM | 11/6/11 3:07 PM |
| 143 | 83320069 | Boswell | 9/7/12 8:36 AM | 9/7/12 2:48 PM |
| 144 | 82949025 | Boswell | 4/23/12 11:15 AM | 4/23/12 4:52 PM |
| 145 | 82477670 | Boswell | 11/13/11 4:16 PM | 11/13/11 8:19 PM |
| 146 | 33327040 | Del Webb | 2/26/12 1:56 AM | 2/26/12 5:11 PM |
| 147 | 33580440 | Del Webb | 5/3/12 10:28 AM | 5/3/12 4:22 PM |
| 148 | 32868572 | Del Webb | 10/20/11 12:10 PM | 10/20/11 8:36 PM |
| 149 | 33753344 | Del Webb | 6/23/12 11:05 AM | 6/23/12 4:49 PM |
| 150 | 33271420 | Del Webb | 2/11/12 5:09 AM | 2/11/12 5:29 PM |
| 151 | 33329293 | Del Webb | 2/27/12 6:38 AM | 2/27/12 4:23 PM |
| 152 | 34022954 | Del Webb | 9/17/12 1:13 AM | 9/17/12 3:11 PM |
| 153 | 33567462 | Del Webb | 4/28/12 11:29 AM | 4/28/12 6:30 PM |
| 154 | 32881617 | Del Webb | 10/24/11 12:54 PM | 10/24/11 5:40 PM |
| 155 | 33866229 | Del Webb | 7/31/12 9:30 AM | 7/31/12 5:41 PM |
| 156 | 32707077 | Del Webb | 9/3/11 12:36 AM | 9/3/11 10:45 AM |
| 157 | 33293044 | Del Webb | 2/18/12 9:00 AM | 2/18/12 2:25 PM |
| 158 | 32712218 | Del Webb | 9/6/11 12:51 AM | 9/6/11 8:03 PM |
| 159 | 33180472 | Del Webb | 1/19/12 8:56 AM | 1/19/12 7:18 PM |
| 160 | 32922445 | Del Webb | 11/4/11 3:00 AM | 11/4/11 1:28 PM |
| 161 | 33305921 | Del Webb | 2/21/12 1:57 AM | 2/21/12 9:55 PM |
| 162 | 33655853 | Del Webb | 5/24/12 3:22 AM | 5/24/12 2:51 PM |
| 163 | 33215112 | Del Webb | 1/28/12 9:44 AM | 1/28/12 9:15 PM |
| 164 | 33332925 | Del Webb | 2/28/12 10:52 AM | 2/28/12 6:50 PM |
| 165 | 33071044 | Del Webb | 12/17/11 2:21 AM | 12/17/11 6:30 PM |
| 166 | 33662339 | Del Webb | 6/15/12 3:33 PM | 6/15/12 3:34 PM |
| 167 | 33891011 | Del Webb | 8/10/12 6:08 AM | 8/10/12 11:28 AM |
| 168 | 33291709 | Del Webb | 2/18/12 12:17 PM | 2/18/12 4:48 PM |
| 169 | 31978349 | Del Webb | 3/2/12 2:00 AM | 3/2/12 7:17 PM |
| 170 | 33492695 | Del Webb | 4/11/12 3:01 PM | 4/11/12 6:22 PM |
| 171 | 33313354 | Del Webb | 3/16/12 12:54 PM | 3/16/12 5:55 PM |
| 172 | 32917460 | Del Webb | 11/3/11 12:53 AM | 11/3/11 6:15 PM |
| 173 | 33445883 | Del Webb | 3/26/12 2:46 AM | 3/26/12 6:51 PM |
| 174 | 32823064 | Del Webb | 10/7/11 4:37 AM | 10/7/11 2:30 PM |
| 175 | 32922569 | Del Webb | 11/4/11 4:06 AM | 11/4/11 1:46 PM |
| 176 | 33966805 | Del Webb | 8/30/12 1:03 PM | 8/30/12 8:53 PM |
| 177 | 33945734 | Del Webb | 8/24/12 4:53 AM | 8/24/12 5:59 PM |
| 178 | 32903262 | Del Webb | 10/30/11 11:53 AM | 10/30/11 4:40 PM |
| 179 | 33013137 | Del Webb | 12/1/11 5:46 AM | 12/1/11 5:45 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|---|---|---|---|
| 180 | 33146366 | Del Webb | 1/9/12 5:08 AM | 1/9/12 4:20 PM |
| 181 | 33241209 | Del Webb | 2/3/12 2:09 AM | 2/3/12 7:19 PM |
| 182 | 33739954 | Del Webb | 6/19/12 6:13 AM | 6/19/12 4:58 PM |
| 183 | 32880098 | Del Webb | 10/24/11 4:49 AM | 10/24/11 6:05 PM |
| 184 | 33793084 | Del Webb | 7/6/12 12:05 PM | 7/6/12 1:45 PM |
| 185 | 33236530 | Del Webb | 2/2/12 2:26 AM | 2/2/12 6:45 PM |
| 186 | 33906082 | Del Webb | 8/13/12 10:30 AM | 8/13/12 3:52 PM |
| 187 | 33472010 | Del Webb | 4/2/12 2:10 AM | 4/2/12 6:08 PM |
| 188 | 32851503 | Del Webb | 10/15/11 12:49 AM | 10/15/11 2:45 PM |
| 189 | 33254327 | Del Webb | 2/11/12 10:00 AM | 2/11/12 11:52 AM |
| 190 | 33227067 | Del Webb | 1/31/12 1:30 AM | 1/31/12 7:18 PM |
| 191 | 33929969 | Del Webb | 8/21/12 8:45 AM | 8/21/12 2:21 PM |
| 192 | 33095597 | Del Webb | 12/25/11 2:56 AM | 12/25/11 7:30 PM |
| 193 | 33382706 | Del Webb | 3/9/12 2:20 AM | 3/9/12 6:30 PM |
| 194 | 33151572 | Del Webb | 1/10/12 7:52 AM | 1/10/12 7:04 PM |
| 195 | 32893018 | Del Webb | 10/27/11 6:51 AM | 10/27/11 6:41 PM |
| 196 | 33469834 | Del Webb | 4/1/12 12:20 AM | 4/1/12 2:46 PM |
| 197 | 33513946 | Del Webb | 4/13/12 1:46 AM | 4/13/12 6:44 PM |
| 198 | 33495946 | Del Webb | 4/9/12 12:19 PM | 4/9/12 11:43 PM |
| 199 | 33746850 | Del Webb | 6/21/12 11:06 AM | 6/21/12 8:05 PM |
| 200 | 33859414 | Del Webb | 7/27/12 1:26 PM | 7/27/12 6:25 PM |
| 201 | 33619578 | Del Webb | 5/15/12 10:52 AM | 5/15/12 12:17 PM |
| 202 | 32951253 | Del Webb | 11/12/11 12:28 AM | 11/12/11 4:31 PM |
| 203 | 33675299 | Del Webb | 5/31/12 9:54 AM | 5/31/12 10:49 AM |
| 204 | 32980708 | Del Webb | 11/21/11 4:21 AM | 11/21/11 6:43 PM |
| 205 | 33090788 | Del Webb | 12/23/11 2:05 AM | 12/23/11 1:29 PM |
| 206 | 33659798 | Del Webb | 5/25/12 3:18 AM | 5/25/12 4:55 PM |
| 207 | 33668559 | Del Webb | 5/29/12 5:26 AM | 5/29/12 10:17 PM |
| 208 | 33995531 | Del Webb | 9/8/12 2:16 AM | 9/8/12 6:27 PM |
| 209 | 32888935 | Del Webb | 10/26/11 4:38 AM | 10/26/11 6:30 PM |
| 210 | 32868010 | Del Webb | 10/20/11 11:05 AM | 10/20/11 8:11 PM |
| 211 | 32835415 | Del Webb | 10/11/11 5:49 AM | 10/11/11 2:45 PM |
| 212 | 33704313 | Del Webb | 6/8/12 2:35 AM | 6/8/12 6:18 PM |
| 213 | 33137894 | Del Webb | 1/6/12 6:24 AM | 1/6/12 7:27 PM |
| 214 | 33472044 | Del Webb | 4/2/12 12:22 AM | 4/2/12 6:00 PM |
| 215 | 32922635 | Del Webb | 11/4/11 4:56 AM | 11/4/11 5:59 PM |
| 216 | 33468299 | Del Webb | 3/31/12 2:06 AM | 3/31/12 7:17 PM |
| 217 | 33617507 | Del Webb | 5/13/12 7:45 AM | 5/13/12 5:45 PM |
| 218 | 33884909 | Del Webb | 8/6/12 3:08 PM | 8/6/12 7:01 PM |
| 219 | 33945023 | Del Webb | 8/25/12 4:14 AM | 8/25/12 7:50 PM |
| 220 | 33201955 | Del Webb | 1/24/12 3:11 AM | 1/24/12 8:11 PM |
| 221 | 32781916 | Del Webb | 9/26/11 12:29 AM | 9/26/11 5:39 PM |
| 222 | 33789488 | Del Webb | 7/5/12 3:23 AM | 7/5/12 5:45 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 223 | 33708785 | Del Webb | 6/9/12 5:11 AM | 6/9/12 6:01 PM |
| 224 | 33088816 | Del Webb | 12/23/11 1:25 PM | 12/23/11 5:12 PM |
| 225 | 33359993 | Del Webb | 3/6/12 2:32 AM | 3/6/12 8:17 PM |
| 226 | 33732157 | Del Webb | 6/16/12 1:36 AM | 6/16/12 3:50 PM |
| 227 | 33717794 | Del Webb | 6/13/12 7:35 AM | 6/13/12 2:02 PM |
| 228 | 33727843 | Del Webb | 6/15/12 12:18 AM | 6/15/12 10:16 PM |
| 229 | 33818485 | Del Webb | 7/14/12 2:39 AM | 7/14/12 1:32 PM |
| 230 | 32732299 | Del Webb | 9/12/11 12:55 PM | 9/12/11 6:45 PM |
| 231 | 33120296 | Del Webb | 1/4/12 9:53 AM | 1/4/12 2:30 PM |
| 232 | 33434069 | Del Webb | 3/24/12 8:20 AM | 3/24/12 10:43 AM |
| 233 | 33682261 | Del Webb | 6/6/12 9:25 AM | 6/6/12 10:41 AM |
| 234 | 33395963 | Del Webb | 3/13/12 12:05 PM | 3/13/12 4:04 PM |
| 235 | 32805806 | Del Webb | 10/3/11 5:17 AM | 10/3/11 12:59 PM |
| 236 | 32985491 | Del Webb | 11/22/11 3:43 AM | 11/22/11 4:56 PM |
| 237 | 33575556 | Del Webb | 5/1/12 5:35 AM | 5/1/12 4:50 PM |
| 238 | 33365230 | Del Webb | 3/7/12 2:18 AM | 3/7/12 6:57 PM |
| 239 | 32972978 | Del Webb | 11/18/11 8:07 AM | 11/18/11 3:31 PM |
| 240 | 34035279 | Del Webb | 9/20/12 12:51 AM | 9/20/12 7:10 PM |
| 241 | 32839045 | Del Webb | 10/12/11 12:36 AM | 10/12/11 5:09 PM |
| 242 | 33382508 | Del Webb | 3/9/12 12:10 AM | 3/9/12 5:43 PM |
| 243 | 33231770 | Del Webb | 2/1/12 2:09 AM | 2/1/12 6:58 PM |
| 244 | 33391194 | Del Webb | 3/12/12 1:18 AM | 3/12/12 1:23 PM |
| 245 | 33495680 | Del Webb | 4/8/12 10:32 AM | 4/8/12 8:30 PM |
| 246 | 33386939 | Del Webb | 3/10/12 12:08 AM | 3/10/12 9:26 PM |
| 247 | 33188848 | Del Webb | 1/20/12 2:48 PM | 1/20/12 6:21 PM |
| 248 | 33571092 | Del Webb | 5/1/12 10:42 AM | 5/1/12 6:57 PM |
| 249 | 33526484 | Del Webb | 4/17/12 5:57 AM | 4/17/12 6:17 PM |
| 250 | 32995029 | Del Webb | 11/25/11 12:03 AM | 11/25/11 4:59 PM |
| 251 | 33115213 | Del Webb | 12/30/11 1:57 PM | 12/30/11 11:45 PM |
| 252 | 33991803 | Del Webb | 9/7/12 4:16 AM | 9/7/12 5:00 PM |
| 253 | 33568817 | Del Webb | 4/29/12 12:05 AM | 4/29/12 1:42 PM |
| 254 | 72505449 | Desert | 7/4/12 10:12 AM | 7/4/12 6:32 PM |
| 255 | 71520456 | Desert | 1/13/12 12:42 AM | 1/13/12 10:10 AM |
| 256 | 71356000 | Desert | 12/11/11 3:25 AM | 12/11/11 4:13 PM |
| 257 | 71517270 | Desert | 1/12/12 3:08 PM | 1/12/12 5:45 PM |
| 258 | 72659287 | Desert | 8/5/12 11:20 AM | 8/5/12 6:15 PM |
| 259 | 72609001 | Desert | 7/27/12 9:18 AM | 7/27/12 11:20 AM |
| 260 | 71795603 | Desert | 2/28/12 8:12 AM | 2/28/12 2:05 PM |
| 261 | 72060064 | Desert | 4/13/12 4:13 PM | 4/13/12 5:50 PM |
| 262 | 71563985 | Desert | 1/21/12 5:41 PM | 1/21/12 6:00 PM |
| 263 | 72103989 | Desert | 4/20/12 4:21 PM | 4/20/12 8:18 PM |
| 264 | 72679848 | Desert | 8/9/12 11:02 AM | 8/9/12 10:02 PM |
| 265 | 71056766 | Desert | 10/20/11 6:49 AM | 10/20/11 11:32 AM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 266 | 72693898 | Desert | 8/12/12 1:47 PM | 8/12/12 9:48 PM |
| 267 | 72594161 | Desert | 8/8/12 10:00 AM | 8/8/12 3:50 PM |
| 268 | 71151955 | Desert | 12/8/11 11:30 AM | 12/8/11 6:08 PM |
| 269 | 71743751 | Desert | 2/18/12 9:13 AM | 2/18/12 3:21 PM |
| 270 | 71405658 | Desert | 12/21/11 3:52 PM | 12/21/11 4:49 PM |
| 271 | 72768591 | Desert | 8/26/12 8:49 AM | 8/26/12 3:01 PM |
| 272 | 72817695 | Desert | 9/5/12 9:17 AM | 9/5/12 12:50 PM |
| 273 | 71464887 | Desert | 1/3/12 2:22 AM | 1/3/12 2:26 PM |
| 274 | 70920673 | Desert | 9/17/11 2:01 AM | 9/17/11 12:00 PM |
| 275 | 72350259 | Desert | 6/7/12 5:13 PM | 6/7/12 6:51 PM |
| 276 | 72188436 | Desert | 5/6/12 8:29 PM | 5/6/12 10:25 PM |
| 277 | 72322688 | Desert | 6/1/12 4:30 AM | 6/1/12 9:21 PM |
| 278 | 71899389 | Desert | 3/16/12 6:32 AM | 3/16/12 12:07 PM |
| 279 | 72065105 | Desert | 5/1/12 7:53 AM | 5/1/12 11:14 AM |
| 280 | 71550982 | Desert | 1/23/12 10:34 AM | 1/23/12 3:19 PM |
| 281 | 71995146 | Desert | 4/1/12 4:38 AM | 4/1/12 1:52 PM |
| 282 | 72828619 | Desert | 9/7/12 1:06 PM | 9/7/12 4:28 PM |
| 283 | 71039226 | Desert | 10/18/11 12:19 PM | 10/18/11 6:15 PM |
| 284 | 70587761 | Desert | 10/5/11 1:10 PM | 10/5/11 5:44 PM |
| 285 | 71083075 | Desert | 11/2/11 7:07 AM | 11/2/11 12:00 PM |
| 286 | 71868814 | Desert | 3/21/12 8:28 AM | 3/21/12 2:06 PM |
| 287 | 72486038 | Desert | 6/30/12 12:05 AM | 6/30/12 9:20 PM |
| 288 | 71646855 | Desert | 2/3/12 8:14 AM | 2/3/12 3:29 PM |
| 289 | 71066286 | Desert | 10/15/11 1:10 AM | 10/15/11 6:25 PM |
| 290 | 72506330 | Desert | 7/5/12 10:23 AM | 7/5/12 1:57 PM |
| 291 | 71194443 | Desert | 11/10/11 1:25 AM | 11/10/11 2:15 PM |
| 292 | 71452312 | Desert | 12/31/11 10:03 AM | 12/31/11 11:49 AM |
| 293 | 71515555 | Desert | 1/13/12 7:18 AM | 1/13/12 3:37 PM |
| 294 | 70874680 | Desert | 9/8/11 2:16 AM | 9/8/11 1:52 PM |
| 295 | 71225254 | Desert | 11/16/11 3:27 AM | 11/16/11 3:33 PM |
| 296 | 72733405 | Desert | 8/20/12 12:36 AM | 8/20/12 4:57 PM |
| 297 | 71300024 | Desert | 11/30/11 1:02 AM | 11/30/11 7:00 PM |
| 298 | 72673924 | Desert | 8/22/12 3:11 PM | 8/22/12 6:00 PM |
| 299 | 71700157 | Desert | 2/11/12 1:11 AM | 2/11/12 9:23 PM |
| 300 | 72249774 | Desert | 5/18/12 10:48 AM | 5/18/12 5:53 PM |
| 301 | 72083983 | Desert | 4/18/12 1:26 AM | 4/18/12 3:30 PM |
| 302 | 72421043 | Desert | 6/21/12 11:26 AM | 6/21/12 4:48 PM |
| 303 | 71688386 | Desert | 2/10/12 1:37 PM | 2/10/12 3:54 PM |
| 304 | 70978309 | Desert | 9/28/11 10:53 AM | 9/28/11 4:39 PM |
| 305 | 71156129 | Desert | 11/3/11 10:54 AM | 11/3/11 12:26 PM |
| 306 | 72775216 | Desert | 9/10/12 10:42 AM | 9/10/12 4:35 PM |
| 307 | 29024080 | Estrella | 10/13/11 7:33 AM | 10/13/11 4:32 PM |
| 308 | 29126497 | Estrella | 11/14/11 7:11 AM | 11/14/11 5:43 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 309 | 30259915 | Estrella | 9/19/12 2:09 AM | 9/19/12 4:55 PM |
| 310 | 30287320 | Estrella | 9/27/12 12:11 AM | 9/27/12 3:20 PM |
| 311 | 29955309 | Estrella | 6/26/12 1:47 AM | 6/26/12 2:55 PM |
| 312 | 30130157 | Estrella | 8/15/12 4:22 PM | 8/15/12 7:30 PM |
| 313 | 29050143 | Estrella | 10/20/11 2:30 AM | 10/20/11 4:38 PM |
| 314 | 29552940 | Estrella | 3/6/12 3:21 AM | 3/6/12 7:00 PM |
| 315 | 29843968 | Estrella | 5/29/12 6:53 AM | 5/29/12 1:25 PM |
| 316 | 29167566 | Estrella | 11/23/11 1:49 AM | 11/23/11 6:37 PM |
| 317 | 30176929 | Estrella | 8/29/12 11:46 AM | 8/29/12 6:49 PM |
| 318 | 29594330 | Estrella | 3/17/12 5:44 AM | 3/17/12 6:27 PM |
| 319 | 29622388 | Estrella | 3/25/12 1:25 AM | 3/25/12 5:29 PM |
| 320 | 29365301 | Estrella | 1/16/12 12:35 AM | 1/16/12 3:17 PM |
| 321 | 29790235 | Estrella | 5/10/12 1:47 AM | 5/10/12 8:10 PM |
| 322 | 30238257 | Estrella | 9/15/12 12:39 PM | 9/15/12 6:29 PM |
| 323 | 30291132 | Estrella | 9/28/12 8:47 AM | 9/28/12 8:55 PM |
| 324 | 30178826 | Estrella | 8/28/12 3:07 AM | 8/28/12 4:03 PM |
| 325 | 30024384 | Estrella | 7/16/12 3:04 AM | 7/16/12 5:35 PM |
| 326 | 29274800 | Estrella | 12/26/11 6:51 AM | 12/26/11 4:54 PM |
| 327 | 29000320 | Estrella | 10/6/11 5:03 AM | 10/6/11 6:11 PM |
| 328 | 28875656 | Estrella | 9/1/11 1:45 AM | 9/1/11 5:30 PM |
| 329 | 30119143 | Estrella | 8/14/12 10:13 AM | 8/14/12 12:26 PM |
| 330 | 30286264 | Estrella | 9/26/12 11:45 AM | 9/26/12 7:45 PM |
| 331 | 29208329 | Estrella | 1/3/12 5:57 AM | 1/3/12 10:12 AM |
| 332 | 29428166 | Estrella | 2/2/12 4:07 AM | 2/2/12 9:30 PM |
| 333 | 29497021 | Estrella | 2/21/12 5:02 AM | 2/21/12 12:59 PM |
| 334 | 29622594 | Estrella | 3/25/12 3:06 AM | 3/25/12 5:14 PM |
| 335 | 29431160 | Estrella | 2/15/12 3:49 PM | 2/15/12 7:20 PM |
| 336 | 29403979 | Estrella | 1/27/12 2:13 PM | 1/27/12 7:18 PM |
| 337 | 29315470 | Estrella | 1/10/12 8:12 AM | 1/10/12 4:13 PM |
| 338 | 29725637 | Estrella | 4/22/12 4:54 AM | 4/22/12 7:08 PM |
| 339 | 29774544 | Estrella | 5/8/12 8:54 AM | 5/8/12 11:50 AM |
| 340 | 30035943 | Estrella | 7/19/12 5:58 AM | 7/19/12 4:29 PM |
| 341 | 29602414 | Estrella | 3/20/12 4:05 AM | 3/20/12 2:32 PM |
| 342 | 30121180 | Estrella | 8/14/12 12:04 PM | 8/14/12 8:53 PM |
| 343 | 29603305 | Estrella | 3/20/12 2:15 AM | 3/20/12 6:16 PM |
| 344 | 29266038 | Estrella | 12/23/11 12:17 AM | 12/23/11 6:50 PM |
| 345 | 29517455 | Estrella | 2/28/12 9:00 AM | 2/28/12 4:05 PM |
| 346 | 29778420 | Estrella | 5/7/12 12:22 AM | 5/7/12 6:06 PM |
| 347 | 29697927 | Estrella | 4/17/12 7:27 AM | 4/17/12 5:10 PM |
| 348 | 27885680 | Estrella | 10/9/11 1:35 AM | 10/9/11 4:53 PM |
| 349 | 28943637 | Estrella | 9/21/11 2:13 PM | 9/21/11 6:51 PM |
| 350 | 28942001 | Estrella | 9/20/11 12:50 AM | 9/20/11 4:02 PM |
| 351 | 29200391 | Estrella | 12/3/11 1:27 AM | 12/3/11 1:39 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|---|---|---|---|
| 352 | 29073343 | Estrella | 10/27/11 4:59 AM | 10/27/11 5:30 PM |
| 353 | 29763851 | Estrella | 5/4/12 11:51 AM | 5/4/12 6:10 PM |
| 354 | 29996063 | Estrella | 7/7/12 6:44 PM | 7/7/12 10:32 PM |
| 355 | 28896611 | Estrella | 9/7/11 3:40 AM | 9/7/11 11:37 AM |
| 356 | 30216287 | Estrella | 9/7/12 1:36 AM | 9/7/12 1:54 PM |
| 357 | 29511649 | Estrella | 2/24/12 4:07 AM | 2/24/12 9:33 PM |
| 358 | 29878758 | Estrella | 6/4/12 4:54 AM | 6/4/12 6:26 PM |
| 359 | 29775665 | Estrella | 5/8/12 8:03 AM | 5/8/12 5:59 PM |
| 360 | 28933307 | Estrella | 9/17/11 2:12 AM | 9/17/11 3:37 PM |
| 361 | 28911642 | Estrella | 9/11/11 11:15 AM | 9/11/11 5:31 PM |
| 362 | 29386596 | Estrella | 1/22/12 11:18 AM | 1/22/12 9:26 PM |
| 363 | 29522133 | Estrella | 2/27/12 1:41 AM | 2/27/12 6:59 PM |
| 364 | 29465697 | Estrella | 2/12/12 5:19 AM | 2/12/12 5:23 PM |
| 365 | 29761780 | Estrella | 5/3/12 8:00 AM | 5/3/12 4:13 PM |
| 366 | 29785987 | Estrella | 5/10/12 9:23 AM | 5/10/12 8:40 PM |
| 367 | 29052990 | Estrella | 10/21/11 2:33 AM | 10/21/11 6:09 PM |
| 368 | 30034946 | Estrella | 7/20/12 12:21 PM | 7/20/12 6:37 PM |
| 369 | 30228555 | Estrella | 9/13/12 9:06 AM | 9/13/12 3:35 PM |
| 370 | 29115664 | Estrella | 11/10/11 12:14 PM | 11/10/11 6:11 PM |
| 371 | 28854792 | Estrella | 9/8/11 7:48 AM | 9/8/11 1:36 PM |
| 372 | 29486438 | Estrella | 2/22/12 8:31 AM | 2/22/12 11:39 AM |
| 373 | 29792116 | Estrella | 5/13/12 3:26 PM | 5/13/12 6:24 PM |
| 374 | 29141447 | Estrella | 12/14/11 11:19 AM | 12/14/11 8:10 PM |
| 375 | 29835873 | Estrella | 6/8/12 9:34 AM | 6/8/12 12:04 PM |
| 376 | 29126984 | Estrella | 11/14/11 8:14 AM | 11/14/11 3:20 PM |
| 377 | 29217999 | Estrella | 12/9/11 6:21 AM | 12/9/11 10:02 PM |
| 378 | 29504354 | Estrella | 2/25/12 4:25 AM | 2/25/12 12:50 PM |
| 379 | 30229025 | Estrella | 9/13/12 12:28 PM | 9/13/12 8:15 PM |
| 380 | 29325750 | Estrella | 1/8/12 9:34 AM | 1/8/12 11:38 AM |
| 381 | 29862430 | Estrella | 5/30/12 8:04 AM | 5/30/12 4:58 PM |
| 382 | 30186829 | Estrella | 8/30/12 1:18 AM | 8/30/12 3:28 AM |
| 383 | 29220035 | Estrella | 12/10/11 2:09 PM | 12/10/11 7:02 PM |
| 384 | 29207230 | Estrella | 12/6/11 9:40 AM | 12/6/11 5:26 PM |
| 385 | 29526423 | Estrella | 2/28/12 3:43 AM | 2/28/12 5:50 PM |
| 386 | 28937043 | Estrella | 9/20/11 2:49 PM | 9/20/11 7:19 PM |
| 387 | 23699770 | Gateway | 3/30/12 3:31 AM | 3/30/12 5:42 PM |
| 388 | 23318025 | Gateway | 11/8/11 11:27 AM | 11/8/11 7:00 PM |
| 389 | 23879190 | Gateway | 6/4/12 1:35 PM | 6/4/12 7:00 PM |
| 390 | 23725773 | Gateway | 4/10/12 11:05 AM | 4/10/12 1:11 PM |
| 391 | 23880156 | Gateway | 6/5/12 10:48 AM | 6/5/12 8:25 PM |
| 392 | 24113425 | Gateway | 9/4/12 10:16 AM | 9/4/12 2:55 PM |
| 393 | 23258346 | Gateway | 10/16/11 1:37 AM | 10/16/11 1:46 PM |
| 394 | 23176431 | Gateway | 9/14/11 12:21 AM | 9/14/11 4:29 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 395 | 23789811 | Gateway | 5/2/12 2:31 AM | 5/2/12 4:56 PM |
| 396 | 23913684 | Gateway | 6/18/12 1:12 AM | 6/18/12 4:20 PM |
| 397 | 24141087 | Gateway | 9/12/12 8:32 PM | 9/12/12 10:10 PM |
| 398 | 23400724 | Gateway | 12/11/11 2:29 AM | 12/11/11 6:00 PM |
| 399 | 23295827 | Gateway | 10/31/11 12:29 AM | 10/31/11 1:59 PM |
| 400 | 23673544 | Gateway | 3/21/12 4:28 AM | 3/21/12 12:15 PM |
| 401 | 23279771 | Gateway | 10/28/11 8:42 AM | 10/28/11 5:19 PM |
| 402 | 24067324 | Gateway | 8/16/12 3:17 AM | 8/16/12 6:00 PM |
| 403 | 23255920 | Gateway | 10/15/11 9:20 AM | 10/15/11 2:28 PM |
| 404 | 23185424 | Gateway | 9/17/11 4:35 AM | 9/17/11 11:55 AM |
| 405 | 23502859 | Gateway | 1/20/12 10:46 AM | 1/20/12 4:10 PM |
| 406 | 23358187 | Gateway | 11/24/11 2:50 AM | 11/24/11 4:38 PM |
| 407 | 23759202 | Gateway | 4/23/12 1:38 PM | 4/23/12 3:27 PM |
| 408 | 23505878 | Gateway | 1/21/12 4:07 AM | 1/21/12 12:35 PM |
| 409 | 24144610 | Gateway | 9/14/12 12:34 AM | 9/14/12 6:05 PM |
| 410 | 23647704 | Gateway | 3/12/12 1:16 AM | 3/12/12 2:25 PM |
| 411 | 23356108 | Gateway | 11/24/11 7:18 AM | 11/24/11 1:59 PM |
| 412 | 23804628 | Gateway | 5/8/12 1:05 AM | 5/8/12 4:12 PM |
| 413 | 23352826 | Gateway | 11/22/11 5:53 AM | 11/22/11 3:32 PM |
| 414 | 23963150 | Gateway | 7/6/12 9:58 AM | 7/6/12 7:58 PM |
| 415 | 23532815 | Gateway | 1/31/12 5:18 AM | 1/31/12 2:57 PM |
| 416 | 23606049 | Gateway | 2/26/12 2:47 AM | 2/26/12 3:19 PM |
| 417 | 23686777 | Gateway | 3/26/12 3:32 AM | 3/26/12 10:47 AM |
| 418 | 24101446 | Gateway | 8/29/12 12:00 PM | 8/29/12 1:51 PM |
| 419 | 23920226 | Gateway | 6/21/12 1:07 PM | 6/21/12 6:46 PM |
| 420 | 23704323 | Gateway | 4/1/12 7:34 AM | 4/1/12 4:41 PM |
| 421 | 23880719 | Gateway | 6/5/12 4:18 AM | 6/5/12 2:51 PM |
| 422 | 42761536 | Good Sam | 8/17/12 3:28 AM | 8/17/12 5:21 PM |
| 423 | 42099887 | Good Sam | 3/4/12 2:22 AM | 3/4/12 7:30 PM |
| 424 | 41957143 | Good Sam | 1/28/12 12:48 AM | 1/28/12 1:34 PM |
| 425 | 41400821 | Good Sam | 9/6/11 3:11 AM | 9/6/11 2:22 PM |
| 426 | 40477754 | Good Sam | 2/29/12 2:13 PM | 2/29/12 7:05 PM |
| 427 | 41712175 | Good Sam | 11/24/11 3:25 AM | 11/24/11 10:59 AM |
| 428 | 88412432 | Good Sam | 4/7/12 5:06 AM | 4/7/12 12:24 PM |
| 429 | 41410234 | Good Sam | 9/8/11 4:02 AM | 9/8/11 11:35 AM |
| 430 | 42818575 | Good Sam | 9/1/12 12:28 PM | 9/1/12 5:09 PM |
| 431 | 42063263 | Good Sam | 2/24/12 1:39 AM | 2/24/12 1:40 PM |
| 432 | 41746793 | Good Sam | 12/5/11 10:14 AM | 12/5/11 5:56 PM |
| 433 | 42131565 | Good Sam | 3/9/12 2:52 AM | 3/9/12 4:02 PM |
| 434 | 42502351 | Good Sam | 6/13/12 3:00 AM | 6/13/12 3:30 PM |
| 435 | 42007625 | Good Sam | 2/10/12 7:07 AM | 2/10/12 8:05 PM |
| 436 | 42108092 | Good Sam | 3/6/12 2:34 AM | 3/6/12 7:19 PM |
| 437 | 41645151 | Good Sam | 11/22/11 8:29 AM | 11/22/11 10:30 AM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 438 | 42677161 | Good Sam | 7/31/12 9:04 AM | 7/31/12 4:46 PM |
| 439 | 42652859 | Good Sam | 7/22/12 10:35 AM | 7/22/12 7:40 PM |
| 440 | 41863556 | Good Sam | 1/5/12 11:22 AM | 1/5/12 6:31 PM |
| 441 | 41563081 | Good Sam | 10/17/11 2:02 AM | 10/17/11 7:49 PM |
| 442 | 41878547 | Good Sam | 1/9/12 12:48 AM | 1/9/12 5:48 PM |
| 443 | 88417019 | Good Sam | 9/9/12 2:20 AM | 9/9/12 3:27 PM |
| 444 | 42334136 | Good Sam | 4/30/12 12:10 PM | 4/30/12 5:42 PM |
| 445 | 42291922 | Good Sam | 4/19/12 3:38 AM | 4/19/12 6:57 PM |
| 446 | 41922485 | Good Sam | 1/20/12 6:29 AM | 1/20/12 4:25 PM |
| 447 | 88420179 | Good Sam | 7/15/12 12:19 AM | 7/15/12 6:00 PM |
| 448 | 41730136 | Good Sam | 11/30/11 12:03 AM | 11/30/11 4:40 PM |
| 449 | 41748039 | Good Sam | 12/5/11 7:13 AM | 12/5/11 5:37 PM |
| 450 | 42433441 | Good Sam | 5/25/12 3:55 PM | 5/25/12 6:35 PM |
| 451 | 41872474 | Good Sam | 1/9/12 9:12 AM | 1/9/12 3:15 PM |
| 452 | 41335597 | Good Sam | 9/7/11 5:20 AM | 9/7/11 11:15 AM |
| 453 | 42700914 | Good Sam | 8/14/12 12:47 PM | 8/14/12 5:00 PM |
| 454 | 41388562 | Good Sam | 9/2/11 12:51 AM | 9/2/11 5:09 PM |
| 455 | 42106344 | Good Sam | 3/29/12 9:29 AM | 3/29/12 4:46 PM |
| 456 | 41424136 | Good Sam | 9/12/11 3:24 AM | 9/12/11 5:59 PM |
| 457 | 41643719 | Good Sam | 11/7/11 12:50 AM | 11/7/11 4:09 PM |
| 458 | 42144683 | Good Sam | 3/13/12 5:19 AM | 3/13/12 2:00 PM |
| 459 | 42827915 | Good Sam | 9/3/12 5:23 PM | 9/3/12 10:46 PM |
| 460 | 41980590 | Good Sam | 2/3/12 1:26 AM | 2/3/12 7:32 PM |
| 461 | 41829060 | Good Sam | 12/27/11 8:01 AM | 12/27/11 4:25 PM |
| 462 | 41624800 | Good Sam | 11/16/11 8:08 AM | 11/16/11 3:00 PM |
| 463 | 41726720 | Good Sam | 11/30/11 8:41 AM | 11/30/11 11:08 AM |
| 464 | 42669168 | Good Sam | 7/24/12 1:21 PM | 7/24/12 8:20 PM |
| 465 | 41433152 | Good Sam | 9/14/11 1:20 AM | 9/14/11 5:20 PM |
| 466 | 42228304 | Good Sam | 4/3/12 1:22 AM | 4/3/12 5:00 PM |
| 467 | 41419326 | Good Sam | 9/10/11 1:48 AM | 9/10/11 4:52 PM |
| 468 | 42237982 | Good Sam | 4/5/12 6:20 AM | 4/5/12 6:36 PM |
| 469 | 41765538 | Good Sam | 12/9/11 1:28 AM | 12/9/11 4:33 PM |
| 470 | 42466359 | Good Sam | 6/4/12 5:37 AM | 6/4/12 4:15 PM |
| 471 | 41550468 | Good Sam | 10/13/11 6:47 AM | 10/13/11 2:30 PM |
| 472 | 41970930 | Good Sam | 2/1/12 8:04 AM | 2/1/12 5:42 PM |
| 473 | 42894055 | Good Sam | 9/20/12 12:43 AM | 9/20/12 8:43 PM |
| 474 | 40474512 | Good Sam | 10/4/11 4:36 AM | 10/4/11 12:47 PM |
| 475 | 42670877 | Good Sam | 7/25/12 10:18 AM | 7/25/12 5:23 PM |
| 476 | 41756354 | Good Sam | 12/7/11 1:38 AM | 12/7/11 7:20 PM |
| 477 | 42219105 | Good Sam | 3/31/12 4:06 AM | 3/31/12 7:22 PM |
| 478 | 42314773 | Good Sam | 4/25/12 5:10 AM | 4/25/12 8:12 PM |
| 479 | 42373704 | Good Sam | 5/14/12 3:39 PM | 5/14/12 7:17 PM |
| 480 | 41803263 | Good Sam | 12/21/11 10:29 AM | 12/21/11 4:25 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|---|---|---|---|
| 481 | 42872507 | Good Sam | 9/21/12 5:19 AM | 9/21/12 12:03 PM |
| 482 | 42257162 | Good Sam | 4/10/12 3:07 PM | 4/10/12 9:30 PM |
| 483 | 41859927 | Good Sam | 1/5/12 8:08 AM | 1/5/12 1:20 PM |
| 484 | 41407909 | Good Sam | 9/27/11 1:54 PM | 9/27/11 4:10 PM |
| 485 | 42197939 | Good Sam | 3/30/12 6:00 PM | 3/30/12 9:00 PM |
| 486 | 41496886 | Good Sam | 10/13/11 6:05 AM | 10/13/11 7:58 PM |
| 487 | 41360041 | Good Sam | 9/7/11 8:21 AM | 9/7/11 11:08 AM |
| 488 | 42814186 | Good Sam | 8/31/12 9:38 AM | 8/31/12 4:35 PM |
| 489 | 41518556 | Good Sam | 10/5/11 12:40 AM | 10/5/11 4:33 PM |
| 490 | 41405622 | Good Sam | 9/9/11 8:32 AM | 9/9/11 1:55 PM |
| 491 | 41868357 | Good Sam | 1/6/12 2:30 AM | 1/6/12 12:41 PM |
| 492 | 42774687 | Good Sam | 8/21/12 2:33 AM | 8/21/12 1:46 PM |
| 493 | 42524140 | Good Sam | 6/19/12 11:39 AM | 6/19/12 6:23 PM |
| 494 | 42395061 | Good Sam | 5/16/12 7:18 AM | 5/16/12 6:00 PM |
| 495 | 42049817 | Good Sam | 2/21/12 12:08 AM | 2/21/12 5:03 PM |
| 496 | 41906652 | Good Sam | 1/16/12 3:31 AM | 1/16/12 7:52 PM |
| 497 | 42465187 | Good Sam | 6/4/12 9:38 AM | 6/4/12 8:43 PM |
| 498 | 42166033 | Good Sam | 3/19/12 10:11 AM | 3/19/12 3:00 PM |
| 499 | 41712035 | Good Sam | 11/24/11 1:05 AM | 11/24/11 4:21 PM |
| 500 | 42511170 | Good Sam | 6/15/12 2:08 AM | 6/15/12 3:20 PM |
| 501 | 42269605 | Good Sam | 4/13/12 5:41 AM | 4/13/12 2:45 PM |
| 502 | 42050161 | Good Sam | 2/21/12 12:53 AM | 2/21/12 7:26 PM |
| 503 | 39793864 | Good Sam | 7/21/12 3:11 AM | 7/21/12 5:31 PM |
| 504 | 42616029 | Good Sam | 7/10/12 5:16 PM | 7/10/12 9:12 PM |
| 505 | 41917386 | Good Sam | 1/19/12 2:50 AM | 1/19/12 11:58 AM |
| 506 | 42023374 | Good Sam | 2/14/12 3:10 PM | 2/14/12 10:50 PM |
| 507 | 42344721 | Good Sam | 5/3/12 8:09 AM | 5/3/12 1:52 PM |
| 508 | 42178509 | Good Sam | 3/21/12 6:06 AM | 3/21/12 6:55 PM |
| 509 | 42770321 | Good Sam | 8/20/12 3:01 AM | 8/20/12 8:26 PM |
| 510 | 41735275 | Good Sam | 12/1/11 12:17 AM | 12/1/11 4:33 PM |
| 511 | 42329862 | Good Sam | 4/29/12 12:55 AM | 4/29/12 10:57 AM |
| 512 | 41660622 | Good Sam | 11/28/11 5:02 AM | 11/28/11 11:22 AM |
| 513 | 2582302 | Baywood Heart | 9/18/12 3:06 AM | 9/18/12 2:10 PM |
| 514 | 2409118 | Baywood Heart | 9/27/11 2:01 AM | 9/27/11 7:37 PM |
| 515 | 2419372 | Baywood Heart | 10/20/11 10:46 AM | 10/20/11 6:04 PM |
| 516 | 2523827 | Baywood Heart | 5/17/12 3:39 AM | 5/17/12 10:57 PM |
| 517 | 2488757 | Baywood Heart | 3/8/12 5:00 AM | 3/8/12 2:34 PM |
| 518 | 2476075 | Baywood Heart | 2/14/12 2:35 AM | 2/14/12 5:26 PM |
| 519 | 2561538 | Baywood Heart | 7/26/12 12:50 AM | 7/26/12 6:30 PM |
| 520 | 2584423 | Baywood Heart | 9/22/12 1:42 AM | 9/22/12 5:02 PM |
| 521 | 2581924 | Baywood Heart | 9/17/12 5:31 AM | 9/17/12 2:30 PM |
| 522 | 2533180 | Baywood Heart | 6/7/12 3:29 AM | 6/7/12 5:54 PM |
| 523 | 2503282 | Baywood Heart | 4/5/12 4:33 AM | 4/5/12 11:08 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 524 | 2508976 | Baywood Heart | 4/17/12 1:00 AM | 4/17/12 6:57 PM |
| 525 | 2503845 | Baywood Heart | 4/6/12 3:02 AM | 4/6/12 1:20 PM |
| 526 | 2400216 | Baywood Heart | 9/7/11 9:14 AM | 9/7/11 5:02 PM |
| 527 | 2435899 | Baywood Heart | 11/28/11 8:34 AM | 11/28/11 5:13 PM |
| 528 | 2477420 | Baywood Heart | 2/16/12 12:56 AM | 2/16/12 5:35 PM |
| 529 | 2524999 | Baywood Heart | 5/19/12 3:26 AM | 5/19/12 1:06 PM |
| 530 | 2504371 | Baywood Heart | 4/7/12 11:00 AM | 4/7/12 6:17 PM |
| 531 | 2481117 | Baywood Heart | 2/23/12 7:58 AM | 2/23/12 1:15 PM |
| 532 | 2408193 | Baywood Heart | 9/25/11 1:03 PM | 9/25/11 6:50 PM |
| 533 | 2481869 | Baywood Heart | 2/24/12 6:53 AM | 2/24/12 9:38 PM |
| 534 | 2462539 | Baywood Heart | 1/20/12 8:20 AM | 1/20/12 6:18 PM |
| 535 | 2490076 | Baywood Heart | 3/11/12 6:37 AM | 3/11/12 5:37 PM |
| 536 | 2471035 | Baywood Heart | 2/4/12 2:21 AM | 2/4/12 3:52 PM |
| 537 | 2430395 | Baywood Heart | 11/14/11 2:35 AM | 11/14/11 4:51 PM |
| 538 | 2541589 | Baywood Heart | 6/27/12 1:32 AM | 6/27/12 1:52 PM |
| 539 | 2553113 | Baywood Heart | 7/6/12 5:43 AM | 7/6/12 6:06 PM |
| 540 | 2398972 | Baywood Heart | 9/8/11 5:04 PM | 9/8/11 6:19 PM |
| 541 | 2416220 | Baywood Heart | 10/14/11 9:31 AM | 10/14/11 10:21 AM |
| 542 | 2450690 | Baywood Heart | 1/19/12 12:39 PM | 1/19/12 2:00 PM |
| 543 | 2495984 | Baywood Heart | 3/22/12 8:30 AM | 3/22/12 5:24 PM |
| 544 | 2567238 | Baywood Heart | 8/9/12 1:20 PM | 8/9/12 9:10 PM |
| 545 | 2494144 | Baywood Heart | 3/26/12 9:32 AM | 3/26/12 2:25 PM |
| 546 | 2520336 | Baywood Heart | 5/11/12 8:15 AM | 5/11/12 12:47 PM |
| 547 | 2409084 | Baywood Heart | 9/27/11 1:44 AM | 9/27/11 4:30 PM |
| 548 | 2406080 | Baywood Heart | 9/22/11 7:35 AM | 9/22/11 2:02 PM |
| 549 | 2571974 | Baywood Heart | 9/1/12 6:42 AM | 9/1/12 6:21 PM |
| 550 | 2587178 | Baywood Heart | 9/28/12 12:19 AM | 9/28/12 2:30 PM |
| 551 | 2581460 | Baywood Heart | 9/15/12 8:19 AM | 9/15/12 5:30 PM |
| 552 | 62868534 | T-Bird | 12/14/11 1:38 PM | 12/14/11 3:05 PM |
| 553 | 61906368 | T-Bird | 9/21/11 8:56 AM | 9/21/11 6:09 PM |
| 554 | 64776677 | T-Bird | 6/10/12 7:31 AM | 6/10/12 2:09 PM |
| 555 | 64763576 | T-Bird | 6/7/12 4:24 AM | 6/7/12 1:23 PM |
| 556 | 62910922 | T-Bird | 12/24/11 10:06 AM | 12/24/11 1:34 PM |
| 557 | 64705320 | T-Bird | 5/25/12 12:13 AM | 5/25/12 1:30 PM |
| 558 | 62742275 | T-Bird | 11/28/11 9:00 AM | 11/28/11 12:48 PM |
| 559 | 62910187 | T-Bird | 12/24/11 11:18 AM | 12/24/11 2:27 PM |
| 560 | 64599731 | T-Bird | 5/1/12 12:37 AM | 5/1/12 4:25 PM |
| 561 | 63702393 | T-Bird | 1/27/12 1:27 AM | 1/27/12 2:40 PM |
| 562 | 63675292 | T-Bird | 1/21/12 1:10 AM | 1/21/12 6:24 PM |
| 563 | 64513286 | T-Bird | 4/11/12 4:34 AM | 4/11/12 5:19 PM |
| 564 | 64631336 | T-Bird | 5/8/12 1:33 AM | 5/8/12 1:43 PM |
| 565 | 65448615 | T-Bird | 8/10/12 12:26 AM | 8/10/12 5:45 PM |
| 566 | 65579682 | T-Bird | 8/16/12 9:33 AM | 8/16/12 11:45 AM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 567 | 64492499 | T-Bird | 4/6/12 8:53 AM | 4/6/12 6:46 PM |
| 568 | 65404493 | T-Bird | 7/31/12 1:02 AM | 7/31/12 2:45 PM |
| 569 | 63262646 | T-Bird | 1/25/12 11:26 AM | 1/25/12 7:56 PM |
| 570 | 62006432 | T-Bird | 10/18/11 11:55 AM | 10/18/11 9:01 PM |
| 571 | 64691835 | T-Bird | 5/22/12 4:18 AM | 5/22/12 5:45 PM |
| 572 | 64564685 | T-Bird | 4/23/12 9:05 AM | 4/23/12 3:01 PM |
| 573 | 66160334 | T-Bird | 9/30/12 11:05 AM | 9/30/12 3:53 PM |
| 574 | 63838080 | T-Bird | 2/24/12 6:43 PM | 2/24/12 8:07 PM |
| 575 | 62888466 | T-Bird | 12/19/11 9:08 AM | 12/19/11 7:16 PM |
| 576 | 62040548 | T-Bird | 10/25/11 11:28 AM | 10/25/11 7:13 PM |
| 577 | 61978904 | T-Bird | 10/8/11 3:41 AM | 10/8/11 7:03 PM |
| 578 | 65951667 | T-Bird | 9/14/12 12:33 PM | 9/14/12 5:35 PM |
| 579 | 64471592 | T-Bird | 4/2/12 2:10 PM | 4/2/12 7:30 PM |
| 580 | 64564818 | T-Bird | 4/23/12 2:25 AM | 4/23/12 7:16 PM |
| 581 | 65300121 | T-Bird | 7/8/12 12:52 PM | 7/8/12 3:20 PM |
| 582 | 62738240 | T-Bird | 11/26/11 8:57 AM | 11/26/11 5:21 PM |
| 583 | 63774491 | T-Bird | 2/12/12 5:00 PM | 2/12/12 8:30 PM |
| 584 | 61833919 | T-Bird | 9/3/11 12:11 AM | 9/3/11 6:44 PM |
| 585 | 62733498 | T-Bird | 11/25/11 11:30 AM | 11/25/11 3:21 PM |
| 586 | 64647993 | T-Bird | 5/12/12 9:35 AM | 5/12/12 4:19 PM |
| 587 | 65765406 | T-Bird | 9/1/12 3:28 AM | 9/1/12 6:54 PM |
| 588 | 62660147 | T-Bird | 11/10/11 2:53 AM | 11/10/11 7:17 PM |
| 589 | 61860029 | T-Bird | 9/21/11 7:44 AM | 9/21/11 10:25 AM |
| 590 | 62761440 | T-Bird | 12/3/11 12:33 PM | 12/3/11 12:48 PM |
| 591 | 62981915 | T-Bird | 1/11/12 2:07 AM | 1/11/12 2:40 PM |
| 592 | 65599193 | T-Bird | 8/22/12 7:18 AM | 8/22/12 9:23 AM |
| 593 | 62669528 | T-Bird | 11/13/11 1:19 PM | 11/13/11 6:20 PM |
| 594 | 62671201 | T-Bird | 11/13/11 10:51 AM | 11/13/11 6:53 PM |
| 595 | 61844205 | T-Bird | 9/8/11 3:38 PM | 9/8/11 4:05 PM |
| 596 | 62011150 | T-Bird | 10/16/11 1:14 AM | 10/16/11 3:00 PM |
| 597 | 61947743 | T-Bird | 10/3/11 10:06 AM | 10/3/11 6:58 PM |
| 598 | 62864244 | T-Bird | 12/13/11 1:31 AM | 12/13/11 6:32 PM |
| 599 | 64491491 | T-Bird | 4/6/12 3:47 AM | 4/6/12 4:11 PM |
| 600 | 62928205 | T-Bird | 12/29/11 12:30 AM | 12/29/11 4:50 PM |
| 601 | 66148677 | T-Bird | 9/27/12 12:32 AM | 9/27/12 2:11 PM |
| 602 | 61842753 | T-Bird | 9/6/11 3:28 AM | 9/6/11 5:19 PM |
| 603 | 61987103 | T-Bird | 10/10/11 3:29 PM | 10/10/11 5:22 PM |
| 604 | 64665367 | T-Bird | 5/16/12 10:53 AM | 5/16/12 4:40 PM |
| 605 | 64706021 | T-Bird | 5/25/12 2:18 AM | 5/25/12 5:07 PM |
| 606 | 66148214 | T-Bird | 9/27/12 12:54 AM | 9/27/12 10:18 AM |
| 607 | 62225354 | T-Bird | 11/5/11 7:38 AM | 11/5/11 6:57 PM |
| 608 | 62798970 | T-Bird | 12/11/11 12:53 PM | 12/11/11 6:34 PM |
| 609 | 62743588 | T-Bird | 12/4/11 4:04 PM | 12/4/11 4:28 PM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|---|---|---|---|
| 610 | 65929473 | T-Bird | 9/8/12 3:40 PM | 9/8/12 4:12 PM |
| 611 | 62065578 | T-Bird | 10/29/11 10:15 AM | 10/29/11 7:53 PM |
| 612 | 62655758 | T-Bird | 11/13/11 7:54 AM | 11/13/11 2:59 PM |
| 613 | 66125634 | T-Bird | 9/22/12 9:36 AM | 9/22/12 5:34 PM |
| 614 | 64407984 | T-Bird | 3/18/12 5:20 AM | 3/18/12 2:47 PM |
| 615 | 64574734 | T-Bird | 4/25/12 12:30 AM | 4/25/12 5:55 PM |
| 616 | 61939153 | T-Bird | 9/29/11 5:09 PM | 9/29/11 6:22 PM |
| 617 | 62940689 | T-Bird | 1/1/12 2:00 AM | 1/1/12 2:13 PM |
| 618 | 64706054 | T-Bird | 5/25/12 2:16 AM | 5/25/12 3:58 PM |
| 619 | 62222864 | T-Bird | 11/4/11 9:59 AM | 11/4/11 12:03 PM |
| 620 | 65422503 | T-Bird | 8/6/12 10:17 AM | 8/6/12 3:42 PM |
| 621 | 66138165 | T-Bird | 9/25/12 3:41 AM | 9/25/12 6:30 PM |
| 622 | 62935622 | T-Bird | 12/31/11 10:56 AM | 12/31/11 11:24 AM |
| 623 | 65928194 | T-Bird | 9/8/12 5:08 AM | 9/8/12 7:43 PM |
| 624 | 63856066 | T-Bird | 3/3/12 11:53 AM | 3/3/12 10:35 PM |
| 625 | 61941266 | T-Bird | 9/29/11 2:08 AM | 9/29/11 3:30 PM |
| 626 | 64713399 | T-Bird | 5/27/12 1:26 AM | 5/27/12 2:02 PM |
| 627 | 65576019 | T-Bird | 8/15/12 8:43 AM | 8/15/12 12:29 PM |
| 628 | 64640519 | T-Bird | 5/10/12 1:40 AM | 5/10/12 5:34 PM |
| 629 | 62862214 | T-Bird | 12/13/11 2:31 PM | 12/13/11 4:33 PM |
| 630 | 62940564 | T-Bird | 1/1/12 1:00 AM | 1/1/12 10:58 AM |
| 631 | 63663538 | T-Bird | 1/19/12 10:00 AM | 1/19/12 4:15 PM |
| 632 | 65441982 | T-Bird | 8/10/12 12:22 PM | 8/10/12 2:07 PM |
| 633 | 64674435 | T-Bird | 5/18/12 11:49 AM | 5/18/12 4:40 PM |
| 634 | 64709967 | T-Bird | 5/26/12 10:31 AM | 5/26/12 2:23 PM |
| 635 | 63868699 | T-Bird | 3/3/12 10:34 AM | 3/3/12 3:58 PM |
| 636 | 63835300 | T-Bird | 2/25/12 4:57 PM | 2/25/12 5:01 PM |
| 637 | 62674809 | T-Bird | 11/14/11 3:43 AM | 11/14/11 6:30 PM |
| 638 | 65346579 | T-Bird | 7/17/12 1:22 PM | 7/17/12 6:45 PM |
| 639 | 64709496 | T-Bird | 5/26/12 11:08 AM | 5/26/12 9:55 PM |
| 640 | 65339103 | T-Bird | 7/16/12 3:13 PM | 7/16/12 6:41 PM |
| 641 | 63982276 | T-Bird | 3/14/12 10:56 AM | 3/14/12 2:10 PM |
| 642 | 62065941 | T-Bird | 11/4/11 11:20 AM | 11/4/11 1:08 PM |
| 643 | 65760787 | T-Bird | 9/1/12 1:43 PM | 9/1/12 5:30 PM |
| 644 | 63684062 | T-Bird | 1/24/12 11:55 AM | 1/24/12 2:27 PM |
| 645 | 65943763 | T-Bird | 9/13/12 12:06 PM | 9/13/12 1:39 PM |
| 646 | 62947205 | T-Bird | 1/4/12 12:57 PM | 1/4/12 4:46 PM |
| 647 | 63802680 | T-Bird | 2/20/12 8:38 AM | 2/20/12 11:08 AM |
| 648 | 65755084 | T-Bird | 8/31/12 8:07 AM | 8/31/12 2:51 PM |
| 649 | 63264451 | T-Bird | 1/20/12 10:24 AM | 1/20/12 11:25 AM |
| 650 | 62979018 | T-Bird | 1/12/12 9:36 AM | 1/12/12 11:00 AM |
| 651 | 64765209 | T-Bird | 6/12/12 8:00 AM | 6/12/12 10:25 AM |
| 652 | 61898409 | T-Bird | 9/22/11 7:46 AM | 9/22/11 10:41 AM |

| # | ACCT NO. | FACILITY | ADM DATE/TIME | D/C DATE/TIME |
|---|----------|----------|---------------|---------------|
| 653 | 63893358 | T-Bird | 3/8/12 12:59 AM | 3/8/12 3:05 PM |
| 654 | 62868427 | T-Bird | 12/16/11 10:44 AM | 12/16/11 12:09 PM |
| 655 | 65775231 | T-Bird | 9/4/12 7:25 AM | 9/4/12 5:14 PM |
| 656 | 64646102 | T-Bird | 5/11/12 11:07 AM | 5/11/12 3:49 PM |
| 657 | 64665615 | T-Bird | 5/16/12 12:36 AM | 5/16/12 4:30 PM |
| 658 | 64772825 | T-Bird | 6/9/12 2:58 PM | 6/9/12 3:28 PM |
| 659 | 63848907 | T-Bird | 3/5/12 5:48 AM | 3/5/12 11:23 AM |
| 660 | 62070958 | T-Bird | 10/30/11 9:35 AM | 10/30/11 2:05 PM |
| 661 | 65923518 | T-Bird | 9/8/12 1:35 PM | 9/8/12 5:14 PM |
| 662 | 64697212 | T-Bird | 5/24/12 10:18 AM | 5/24/12 2:13 PM |
| 663 | 61888178 | T-Bird | 9/19/11 9:26 AM | 9/19/11 5:49 PM |
| 664 | 61988705 | T-Bird | 10/11/11 1:17 AM | 10/11/11 10:20 PM |
| 665 | 62639505 | T-Bird | 11/5/11 11:57 AM | 11/5/11 2:40 PM |
| 666 | 65264194 | T-Bird | 6/30/12 10:56 AM | 6/30/12 11:00 AM |
| 667 | 62906789 | T-Bird | 12/24/11 8:09 AM | 12/24/11 2:09 PM |
| 668 | 63740377 | T-Bird | 2/4/12 4:55 AM | 2/4/12 7:36 PM |
| 669 | 61865671 | T-Bird | 9/12/11 10:40 AM | 9/12/11 5:31 PM |
| 670 | 65273625 | T-Bird | 6/29/12 10:11 AM | 6/29/12 6:53 PM |
| 671 | 65917999 | T-Bird | 9/6/12 1:08 AM | 9/6/12 6:07 PM |
| 672 | 65262487 | T-Bird | 6/26/12 3:25 AM | 6/26/12 11:57 AM |
| 673 | 65425191 | T-Bird | 8/6/12 11:30 AM | 8/6/12 1:51 PM |
| 674 | 62018759 | T-Bird | 10/18/11 9:47 AM | 10/18/11 2:57 PM |
| 675 | 62761952 | T-Bird | 12/2/11 1:39 PM | 12/2/11 6:23 PM |
| 676 | 62060462 | T-Bird | 10/28/11 9:29 AM | 10/28/11 10:55 AM |
| 677 | 64751084 | T-Bird | 6/5/12 10:11 AM | 6/5/12 5:40 PM |
| 678 | 62942180 | T-Bird | 1/2/12 11:26 AM | 1/2/12 4:18 PM |
| 679 | 66132010 | T-Bird | 9/25/12 6:19 AM | 9/25/12 1:26 PM |

58.     Every claim identified in the preceding paragraph is one that was billed on an inpatient basis even thought the patient was admitted and discharged from a Banner hospital on the same calendar day.  They include both medical and surgical treatments for Medicare patients who were routinely discharged (*e.g.*, did not expire, were not transferred to a psychiatric or acute care facility, and did not depart against medical advice).  Although the specific facts may differ for individual patients, each claim was improperly billed to Medicare as an inpatient claim, and the government paid an inflated amount as a direct result of Banner's fraud.

59.     In addition to the Zero Day Stays, Ms. Guardiola is able to provide specific examples of surgical procedures that were falsely submitted as lucrative  inpatient claims when Banner Health should have characterized them as less expensive outpatient or outpatient observation services.  These examples include:

| # | PATIENT | FACILITY | ADM DATE | ADM TIME | D/C DATE | D/C TIME | TYPE |
|---|---------|----------|----------|----------|----------|----------|------|
| 1 | BMT | Baywood Heart | 08/08/12 | 16:05 | 08/09/12 | 8:43 | Cardiac |
| 2 | JWW | Baywood Heart | 07/23/12 | 16:11 | 07/24/12 | 13:40 | Cardiac |
| 3 | PRR | Baywood Heart | 06/21/12 | 9:17 | 06/22/12 | 11:59 | Cardiac |
| 4 | MJA | Baywood Heart | 03/01/12 | 16:15 | 03/03/12 | 13:45 | Cardiac |
| 5 | JLL | Baywood Heart | 02/09/12 | 16:13 | 02/10/12 | 13:08 | Cardiac |
| 6 | DKC | Baywood Heart | 02/23/12 | 9:07 | 02/24/12 | 11:44 | Cardiac |
| 7 | DFB | Baywood Heart | 04/17/12 | 20:00 | 04/18/12 | 8:54 | Cardiac |
| 8 | LHB | Baywood Heart | 10/28/11 | 8:29 | 10/29/11 | 10:18 | Cardiac |
| 9 | MMD | Boswell | 06/14/12 | 13:32 | 06/15/12 | 10:15 | Cardiac |
| 10 | EJN | Boswell | 09/27/11 | 9:08 | 09/28/99 | 11:01 | Cardiac |
| 11 | SFG | Boswell | 02/29/12 | 8:47 | 03/01/12 | 12:58 | Cardiac |
| 12 | CAT | Boswell | 03/07/12 | 10:15 | 03/08/12 | 16:50 | Cardiac |
| 13 | RBM | Boswell | 01/19/12 | 8:20 | 01/20/12 | 12:15 | Cardiac |
| 14 | WCA | Boswell | 03/12/12 | 18:45 | 03/13/12 | 11:40 | Cardiac |
| 15 | AEO | Boswell | 11/15/11 | 11:21 | 11/15/11 | 14:33 | Urology |
| 16 | RBM | Boswell | 01/25/12 | 6:36 | 01/26/12 | 10:14 | Urology |
| 17 | JMG | Boswell | 06/22/12 | 7:38 | 06/23/12 | 17:05 | General/Thyroid |
| 18 | MJL | Boswell | 05/08/12 | 13:26 | 05/09/12 | 11:47 | General/Thyroid |
| 19 | PJA | Boswell | 09/05/12 | 9:44 | 09/06/12 | 11:26 | Spine |
| 20 | LLV | Boswell | 09/13/11 | 6:12 | 09/14/11 | 9:24 | Spine |
| 21 | LAP | Boswell | 09/21/11 | 5:43 | 09/22/11 | 9:45 | Spine |
| 22 | JOR | Webb | 07/18/12 | 16:42 | 07/19/12 | 19:19 | OB/GYN |
| 23 | GJA | Webb | 04/12/12 | 13:00 | 04/13/12 | 13:02 | Cardiac |
| 24 | MLA | Webb | 10/21/11 | 18:02 | 10/22/11 | 13:09 | Cardiac |
| 25 | RFA | Webb | 06/07/12 | 11:58 | 06/08/12 | 18:25 | Urology |
| 26 | SMB | Webb | 03/08/12 | 10:06 | 03/09/12 | 10:55 | General/Thyroid |
| 27 | ABC | Webb | 06/04/12 | 15:40 | 06/05/12 | 13:21 | Cardiac |
| 28 | GJB | Webb | 05/23/12 | 10:50 | 05/24/12 | 10:35 | Spine |
| 29 | SAA | Estrella | 01/05/12 | 10:20 | 01/06/12 | 11:12 | Spine |
| 30 | MFH | Good Sam | 09/27/11 | 13:54 | 09/27/11 | 16:10 | General/Vascular |
| 31 | FH | Good Sam | 11/30/11 | 16:32 | 12/01/11 | 13:00 | General/Vascular |
| 32 | WVC | Good Sam | 06/14/12 | 14:57 | 06/15/12 | 9:19 | General/Vascular |
| 33 | RWP | Good Sam | 05/14/12 | 15:39 | 05/14/12 | 19:17 | Cardiac |

| # PATIENT | FACILITY | ADM DATE | ADM TIME | D/C DATE | D/C TIME | TYPE |
|---|---|---|---|---|---|---|
| 34 AJA | Good Sam | 11/03/11 | 16:35 | 11/04/11 | 19:18 | General/Thyroid |
| 35 DWG | Good Sam | 04/20/12 | 10:40 | 04/21/12 | 11:35 | Cardiac |
| 36 APA | Good Sam | 07/02/12 | 16:27 | 07/03/12 | 9:55 | General/Vascular |
| 37 AJB | Good Sam | 06/05/12 | 15:57 | 06/06/12 | 11:01 | Cardiac |
| 38 PPB | Good Sam | 10/03/11 | 17:33 | 10/04/11 | 12:30 | Cardiac |
| 39 CRC | Good Sam | 08/31/12 | 9:38 | 08/31/12 | 16:35 | Cardiac |
| 40 SH | Good Sam | 07/13/12 | 13:51 | 07/14/12 | 11:37 | Cardiac |
| 41 CA | T-Bird | 11/16/11 | 9:39 | 11/17/11 | 14:00 | Urology |
| 42 BZB | T-Bird | 09/10/12 | 12:48 | 09/11/12 | 14:03 | General/Thyroid |
| 43 BJB | T-Bird | 11/02/11 | 5:46 | 11/02/11 | 13:07 | OB/GYN |
| 44 MM | T-Bird | 12/19/11 | 8:04 | 12/20/11 | 13:04 | OB/GYN |
| 45 HC | T-Bird | 06/12/12 | 10:05 | 06/13/12 | 18:09 | OB/GYN |
| 46 MML | T-Bird | 06/12/12 | 8:00 | 06/12/12 | 10:25 | Cardiac |
| 47 RRC | T-Bird | 05/07/12 | 7:47 | 05/08/12 | 13:23 | Cardiac |
| 48 JLR | T-Bird | 07/23/12 | 8:19 | 07/24/12 | 10:55 | Cardiac |
| 49 GHV | T-Bird | 07/20/12 | 13:35 | 07/21/12 | 12:47 | Cardiac |
| 50 BRW | T-Bird | 08/16/12 | 8:37 | 08/17/12 | 11:38 | Cardiac |
| 51 CSL | T-Bird | 01/24/12 | 9:07 | 01/25/12 | 18:30 | Cardiac |
| 52 MB | T-Bird | 07/02/12 | 14:05 | 07/03/12 | 10:56 | General/Vascular |
| 53 RPH | T-Bird | 08/30/12 | 13:46 | 08/31/12 | 17:42 | General/Vascular |

60.     Every claim identified in the preceding paragraph is for an elective outpatient surgical procedure that is not on Medicare's Inpatient Only List.  None of the claims documents a pre-admission comorbidity supporting the need for inpatient treatment or a post-procedure complication that requires inpatient care.  Many are missing doctor's admission orders indicating that inpatient status is medically necessary.  Most patients were discharged within 24 hours and doctors' orders prescribed discharge after a period in recovery.  Although the specific facts may differ for individual patients, each claim was improperly billed to Medicare as an inpatient claim, and the government paid an inflated amount as a direct result of Banner's fraud.

**Excessive Billing of Outpatient Observation**

61.     Banner also submits false claims for reimbursement for inflated billing of

– 36 –

outpatient observation hours for ER patients and elective surgical patients.  These claims are paid to Banner Health through its annual cost-reporting submissions.

62.     For virtually all ER patients who receive surgical services, Banner improperly admits them to outpatient observation.  Banner compounds the use of this inappropriate admission status by billing for observation hours from the time of the patient's admission, rather than from the time a physician writes an outpatient observation order, as required by Medicare.  As a result, Banner routinely overcharges for observation hours by billing time spent while a patient is awaiting surgery, in surgery and in surgical recovery.

63.     Banner also overcharges observation hours for patients who enter its hospitals for elective surgery.  In those situations, the outpatient observation hours are accrued improperly, beginning from the time the patient exits from surgery, rather than from the time a physician writes an outpatient observation order, as required by Medicare.

64.     By accruing observation hours during the period of post-surgical recovery, Banner improperly overcharges Medicare for the six hours of recovery time for which the hospital is already being compensated as part of the surgical procedure.  This is because the Medicare reimbursement for surgical procedures performed on an outpatient basis includes as part of the service up to six hours of outpatient recovery time.  Despite the clear regulatory requirements, Banner bills excessively for outpatient observation hours, double-dipping for the six hours of post-operative recovery time for each such patient.

65.     While the cost of the inflated observation hours is not reimbursed by Medicare as a direct payment on the patient claim, the cost of observation care is reimbursed to Banner Health through CMS's cost-reporting process.  *See* Provider Reimbursement Manual – Part

2, Ch. 40 and Form CMS 2552-10.  Hospitals, such as those operated by Banner Health, are required to calculate the number of "Observation Bed Days" and costs of providing observation care.  These costs are then reimbursed to the hospitals through the annual cost-reporting process.

66.   Upon information and belief, based on her knowledge of Banner Health operations, Ms. Guardiola alleges that Banner Health falsely reported inflated observation hours in its Observation Bed Day and related cost calculations, rendering its cost-reporting submissions false.

**Specific False Claims — Outpatient Observation**

67.   Although Ms. Guardiola cannot identify every false claim that the defendants submitted to government-funded health insurance programs, such information being in the possession of the defendants, she alleges that the following claims are representative of the defendants' fraudulent billing.  She alleges that each such claim was improperly billed by inflating the number of billable outpatient observation hours which resulted in Banner receiving inflated cost-reporting payments from CMS.

| # | PATIENT | FACILITY | MD ORDER DATE | MD ORDER TIME | D/C DATE | D/C TIME |
|---|---------|----------|---------------|---------------|----------|----------|
| 1 | JLL | Estrella | 11/25/11 | 19:53 | 11/26/11 | 16:09 |
| 2 | DLB | Estrella | 8/28/12 | 22:15 | 8/30/12 | 12:28 |
| 3 | EHT | Webb | 8/2/12 | 13:56 | 8/3/12 | 14:15 |
| 4 | AK, Jr. | Webb | 5/30/12 | 9:47 | 5/30/12 | 18:45 |
| 5 | RDA | Webb | 7/31/12 | 13:37 | 8/1/12 | 13:17 |
| 6 | LCP | Webb | 6/1/12 | 12:04 | 6/2/12 | 15:08 |
| 7 | RDA | Webb | 8/27/12 | 13:22 | 8/28/12 | 8:23 |
| 8 | TKA | Boswell | 2/23/12 | 9:15 | 2/24/12 | 10:37 |
| 9 | NNA | Boswell | 6/6/12 | 10:30 | 6/7/12 | 11:05 |
| 10 | DNO | Boswell | 12/2/11 | 12:28 | 12/3/11 | 11:52 |

| # | PATIENT | FACILITY | MD ORDER DATE | MD ORDER TIME | D/C DATE | D/C TIME |
|---|---------|----------|---------------|---------------|----------|----------|
| 11 | LB | Boswell | 9/7/12 | 11:51 | 9/8/12 | 18:12 |
| 12 | RJA | Boswell | 1/19/12 | 9:09 | 1/20/12 | 12:00 |
| 13 | WDA | Boswell | 7/3/12 | 8:00 | 7/4/12 | 10:45 |
| 14 | FJM | Baywood | 8/29/12 | 11:44 | 8/30/12 | 12:19 |
| 15 | MBL | Baywood | 8/20/12 | 12:05 | 8/21/12 | 10:21 |

68.     For every claim identified in the preceding paragraph, Banner billed and was paid by government-funded health insurance programs for multiple hours of outpatient observation to which it was not entitled.

**Problems are Widespread at All Banner Hospitals**

69.     Ms. Guardiola's experiences convinced her that the problems she uncovered were occurring throughout the Banner system at all of its hospitals.  It was clear from her discussions with corporate officials that the organizational focus was on enhancing revenues through increased inpatient admissions.  Little emphasis was placed on compliance.  The officials with whom she spoke were responsible for all of the 11 hospitals identified in this case.  Through her work, Ms. Guardiola observed the issues highlighted here at each of those 11 facilities.  Given the consistency of her findings, Ms. Guardiola has a reasonable belief that Banner's misconduct was occurring throughout its hospital system

70.     The defendants' corporate and hospital management teams  are aware of these fraudulent practices and encouraged and facilitated the continuing fraud against government-funded health insurance programs.

71.     The Banner Health defendants know that when a patient does not meet inpatient level of care criteria but is admitted for a one-day stay, payment may not be sought under the inpatient MS-DRG system (Medicare Part A) and must be submitted as an

outpatient claim (Medicare Part B).

72.     Banner Health knows and understands the Medicare rules pertaining to billing for outpatient observation services.

73.     Banner knowingly submitted false claims to government-funded health insurance programs and failed to correct inaccurate bills it submitted.

**COUNT ONE**
**False Claims Act**
**31 U.S.C. § 3729(a)(1)(A)**

74.     Relator re-alleges and incorporates by reference the allegations contained in Paragraphs 1 through 73 of this complaint.

75.     This is a claim for treble damages and civil penalties under the False Claims Act, 31 U.S.C. §§ 3729, *et seq*., as amended.

76.     By virtue of the acts described above, the defendants knowingly presented, or caused to be presented, false or fraudulent claims for payment or approval to the United State Government.

77.     By virtue of the acts described above, the defendants knowingly concealed the existence of their improper conduct from the United State Government in order to induce payment of false or fraudulent claims.

78.     The United States, unaware of the defendants' wrongdoing or the falsity of the records, statements or claims made by the defendants or the defendants' wrongdoing, paid claims that would not otherwise have been allowed.

79.     By reason of these payments, the United States has been damaged, and continues to be damaged, in substantial amount.

**COUNT TWO**
**False Claims Act**
**31 U.S.C. § 3729(a)(1)(B)**

80.     Relator re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 73 of this complaint.

81.     This is a claim for treble damages and civil penalties under the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, as amended.

82.     By virtue of the acts described above, the defendants knowingly made, used, or caused to be made or used, false records or statements to get false or fraudulent claims paid by the United States Government.

83.     By virtue of the acts described above, the defendants knowingly concealed the existence of their improper conduct from the United States Government in order to induce payment of their false or fraudulent claims.

84.     The United States, unaware of the defendants' wrongdoing or the falsity of the records, statements, or claims made by the defendants or defendants' wrongdoing, paid claims that would not otherwise have been allowed.

85.     By reason of these payments, the United States has been damaged, and continues to be damaged, in substantial amount.

**COUNT THREE**
**False Claims Act**
**31 U.S.C. § 3729(a)(1)(G)**

86.     Relator re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 73 of this complaint.

87.     This is a claim for treble damages and civil penalties under the False Claims

Act, 31 U.S.C. §§ 3729, *et seq*., as amended.

88.   By virtue of the acts described above, the defendants knowingly concealed an obligation to pay or transmit money to the United States Government.

89.   By virtue of the acts described above, the defendants knowingly and improperly avoided or decreased an obligation to pay or transmit money to the United States Government.

90.   By virtue of the acts described above, the defendants knowingly concealed the existence of their improper conduct from the United States Government in order to conceal and retain payments received as a result of their violations of the Act.

91.   The United States, unaware of the defendants' wrongdoing or the falsity of the records, statements, or claims made by the defendants or the defendants' wrongdoing, paid claims that would not otherwise have been allowed.

92.   By reason of these payments, the United States has been damaged, and continues to be damaged, in substantial amount.

WHEREFORE, relator requests that judgment be entered in favor of the United States and relator against the defendants, ordering that:

a.   the defendants cease and desist from violating the FCA, 31 U.S.C. ' 3729, *et seq*.;

b.   the defendants pay an amount equal to three times the amount of damages that the United States sustained because of the defendants' actions, plus a civil penalty of not less than $5,500 and not more than $11,000 for each violation of the FCA, 31 U.S.C. ' 3729;

c.   Relator be awarded the maximum amount allowed pursuant to the FCA, 31

U.S.C. ' 3730(d);

        d.   Relator be awarded all costs of this action, including attorneys= fees and costs pursuant to the FCA, 31 U.S.C. " 3730(d); and

        e.   the United States and Relator recover such other relief as the Court deems just and proper.

## REQUEST FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, relator hereby demands a trial by jury.

Dated this 27th day of November 2013.

Respectfully submitted,

/s/Edmundo P. Robaina
Edmundo P. Robaina
Arizona Bar No. 018125
ROBAINA & KRESIN PLLC
One East Camelback Road, Suite 710
Phoenix, AZ 85012
epr@robainalaw.com
T 602.682.6450
F 602.682.6455

Mitchell R. Kreindler*
Texas Bar No. 24033518
KREINDLER & ASSOCIATES
9219 Katy Freeway, Suite 206
Houston, Texas 77024-1415
mkreindler@blowthewhistle.com
T 713.647.8888
F 713.647.8889

ATTORNEYS FOR *QUI TAM*
RELATOR CECILIA GUARDIOLA