# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Cecilia Guardiola,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>Banner Health and NCMC, Inc.,<br><br>    Defendants. | CV-13-2443-PHX-DMF<br><br>**ORDER** |

The United States of America having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), on April 10, 2018, **IT IS HEREBY ORDERED** as follows:

1. The relator's complaint, the United States' Notice of Election to Intervene, the Settlement Agreement attached thereto, and this Order shall be unsealed.

2. All other papers or orders previously filed in this matter shall remain under seal.

3. The seal shall be lifted on all other matters occurring in this action after the date of this Order.

Dated this 12th day of April, 2018.

Honorable Deborah M. Fine
United States Magistrate Judge

- 1 -